Michael K. Kennedy (04224)
Shannon L. Clark (19708)
Bradley J. Glass (22463)
Stuart S. Kimball (26681)
**GALLAGHER & KENNEDY, P.A.**
2575 East Camelback Road
Phoenix, Arizona  85016-9225
P:  (602) 530-8000
F:  (602) 530-8500
mkk@gknet.com
slc@gknet.com
brad.glass@gknet.com
stuart.kimball@gknet.com
*Attorneys for Plaintiff Roosevelt Irrigation District*

GALLAGHER & KENNEDY, P.A.
2575 EAST CAMELBACK ROAD
PHOENIX, ARIZONA 85016-9225
(602) 530-8000

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

ROOSEVELT IRRIGATION DISTRICT, a political subdivision of the State of Arizona,

No.  _____

Plaintiff,

**COMPLAINT**

v.

SALT RIVER PROJECT AGRICULTURAL IMPROVEMENT AND POWER DISTRICT, a political subdivision of the State of Arizona; HONEYWELL INTERNATIONAL INC., a Delaware corporation; CITY OF PHOENIX, a political subdivision of the State of Arizona; UNIVAR USA INC., a Washington corporation; KINDER MORGAN G.P., INC., a Delaware corporation; CHEVRON U.S.A. Inc., a Pennsylvania corporation; DOLPHIN, INCORPORATED, an Arizona corporation; MARICOPA COUNTY, a political subdivision of the State of Arizona; NUCOR CORPORATION, a Delaware corporation; CORNING INCORPORATED, a New York corporation; ADOBEAIR, INC., a Delaware

corporation; ALCATEL-LUCENT USA INC., a
Delaware corporation; ARI-TEX TIRES;
ARIZONA BUS LINES, INC., an Arizona
corporation; ARVINMERITOR, INC., a Nevada
corporation; ATP, INC., an administratively
dissolved Arizona corporation; AZLT
CORPORATION, a revoked Arizona corporation;
BAKALA INVESTMENT PROPERTIES, L.L.C., a
withdrawn Arizona limited liability company; BDR
LIQUIDATIONS, LLC; BILL'S CYLINDER
HEAD SERVICE, INC., an Arizona corporation;
BNSF RAILWAY COMPANY, a Delaware
corporation; BPGRAPHICS, INC., an Arizona
corporation; BP WEST COAST PRODUCTS LLC,
a Delaware limited liability company; BRAKE
SUPPLY COMPANY, INC., an Indiana
corporation; CAPITAL LIQUIDATIONS LLC, an
Arizona limited liability company; CENTURY
WHEEL & RIM CORPORATION, a California
corporation; CONGER NORTHWEST, INC., an
Oregon corporation; COOPER INDUSTRIES LLC,
a Delaware limited liability company; D-VELCO
MANUFACTURING OF ARIZONA, INC., an
Arizona corporation; DJM CONSTRUCTION,
INC., an Arizona corporation; ELM PROPERTIES,
L.L.C., an Arizona limited liability company;
F & B MFG. CO., an Illinois corporation;
FEDMART/SUNBELT; GILTSPUR EXHIBITS;
HI-TECH PLATING, INC., a California
corporation; HOLSUM BAKERY, INC., an Arizona
corporation; INTERMOUNTAIN WOOD
PRODUCTS, INC., a Utah corporation;
INTERNATIONAL WINDOW-ARIZONA, INC., a
California corporation; JAQUAY'S EQUIPMENT
COMPANY; JOE'S DIESEL REPAIR; J.T.'S
DIESEL REPAIR, INC., an Arizona corporation;
L & M MANUFACTURING CO., a revoked
Arizona corporation; LASALLE DRAPERIES;
LAUNDRY & CLEANERS SUPPLY, INC., an
Arizona corporation; LAYKE, INCORPORATED,
an Arizona corporation; M & S ENTERPRISES, an
Arizona corporation; MANCO, INC., an Arizona
corporation; MARICOPA COUNTY
COMMUNITY COLLEGE DISTRICT, RIO
SALADO COMMUNITY COLLEGE, a political

2

subdivision of the State of Arizona; MARICOPA
LAND AND CATTLE COMPANY, an Arizona
corporation; MARONEY'S CLEANERS &
LAUNDRY, INC., an Arizona corporation;
MILADO FILCO ANDERSON TRUST; MILUM
TEXTILE SERVICES CO., an Arizona corporation;
NATIONAL ENVIRONMENTAL WASTE, INC.,
an Arizona corporation; NATIONAL FEED AND
SEED COMPANY, a dissolved Arizona
corporation; NORTH AMERICAN TERMINALS
MANAGEMENT, INC., a Delaware corporation;
OPTIFUND, INC., an Arizona corporation;
OSBORN PRODUCTS, INC., an Arizona
corporation; PENN RACQUET SPORTS, INC., an
Ohio corporation; PERRI, EUGENE R., an
unmarried man; PHOENIX HEAT TREATING,
INC., an Arizona corporation; PHOENIX
INDUSTRIAL PROPERTIES, INC., a Delaware
corporation; PHOENIX MANUFACTURING,
INC., an Arizona corporation; PHOENIX
NEWSPAPERS, INC., an Arizona corporation;
PHOENIX VEGETABLE DISTRIBUTORS, an
administratively dissolved Arizona corporation;
PINCUS FAMILY TRUST; PMI INDUSTRIAL
PROPERTY, L.L.C., an Arizona limited liability
company; PRAXAIR, INC., a Delaware corporation;
PRECISE METAL PRODUCTS CO., an Arizona
corporation; PRUDENTIAL OVERALL SUPPLY,
a California corporation; RAY AND BOB'S
TRUCK SALVAGE, LLC; REDBURN TIRE
COMPANY, an Arizona corporation; RESEARCH
CHEMICALS INCORPORATED, a Delaware
corporation; REXAM BEVERAGE CAN
COMPANY, a Delaware corporation; SAV-TRAC
OF ARIZONA, INC., an administratively dissolved
Arizona corporation; SCHUFF STEEL COMPANY,
a Delaware corporation; SEAPORT PETROLEUM
CORPORATION, a California corporation; SHEET
METAL FABRICATING SPECIALISTS LLC, an
Arizona limited liability company; SHELL OIL
COMPANY, a Delaware corporation; SMITHEY
RECYCLING COMPANY, an Arizona corporation;
SOUTHWEST METALS COMPANY, INC., a
revoked Arizona corporation; SOUTHWEST
ROOFING SUPPLY, INC., a Delaware corporation;

1  SOUTHWEST SOLVENTS & CHEMICALS INC.,
   a Texas corporation; THE RINCHEM COMPANY,
2  an administratively dissolved Arizona corporation;
   THE SEVEN ANGELS, L.L.C., an Arizona limited
3  liability company; TIMES FIBER
   COMMUNICATIONS, INC., a Delaware
4  corporation; TRIAD TRUCKING COMPANY;
   TRIPLE E PROPERTIES, INC., a California
5  corporation; TRI-STAR QUALITY METAL
   FINISHING, INC.; TRITECH
6  MANUFACTURING, INC., a revoked Arizona
   corporation; UNION PACIFIC RAILROAD
7  COMPANY, a Delaware corporation; UNITED
   PARCEL SERVICE, INC., an Ohio corporation;
8  UNITED STATES DEPARTMENT OF DEFENSE,
   an agency of the United States responsible for the
9  United States Air Force; UNITED STATES
   DEPARTMENT OF ENERGY, an agency of the
10 United States responsible for the Western Area
   Power Administration; URS SOUTHWEST, INC.,
11 a Delaware corporation; WABASH NATIONAL
   CORPORATION, a Delaware corporation;
12 WALKER POWER SYSTEMS, INC., an Arizona
   corporation; WEST MONROE PROPERTY, INC.,
13 an Arizona corporation; WILLMORE
   MANUFACTURING, INC., an Arizona
14 corporation; WORLD RESOURCES COMPANY, a
   Virginia corporation; and YRC INC., a Delaware
15 corporation.
16

17                       Defendants.
18

19
20     Plaintiff Roosevelt Irrigation District ("RID"), by and through its undersigned
21  counsel, files this Complaint against the Defendants and alleges as follows:
22                    **NATURE OF THE ACTION**
23     1.     This is a civil action brought against the Defendants under the
24  Comprehensive Environmental Response, Compensation, and Liability Act of 1980, as
25  amended, 42 U.S.C. §§ 9601, *et seq.* ("CERCLA"), for the recovery of costs incurred by
26  RID in responding to the Defendants' release or threatened release of hazardous

                                      4

substances into groundwater that impacts or threatens to impact wells owned and operated by RID, as well as for damages to property owned by RID.  RID also seeks a declaration of the Defendants' liability pursuant to Section 113(g)(2) of CERCLA, 42 U.S.C. § 113(g)(2), that will be binding in future actions to recover further response costs or damages incurred by RID in connection with its groundwater wells and property.

## JURISDICTION AND VENUE

2.      This action arises under Section 107(a) of CERCLA, 42 U.S.C. § 9607(a), and under Arizona state law.

3.      This Court has jurisdiction over this action pursuant to 28 U.S.C. § 1331 (federal question); 28 U.S.C. § 1367(a) (supplemental jurisdiction); 28 U.S.C. § 2201(a) (declaratory judgment); and Section 113(b) of CERCLA, 42 U.S.C. § 9613(b).

4.      Venue lies in the Phoenix Division of the United States District Court for the District of Arizona pursuant to 28 U.S.C. § 1391(b)(2) and 42 U.S.C. §§ 9607(a) and 9613(b).  The claims asserted in this Complaint arose in Maricopa County, Arizona; the release and threatened release of hazardous substances have occurred and are occurring in Maricopa County, Arizona; and the damages have occurred and are occurring in Maricopa County, Arizona.

5.      Pursuant to Section 113(l) of CERCLA, 42 U.S.C. § 9613(l), RID has provided copies of this Complaint to the Attorney General of the United States and to the Administrator of the Environmental Protection Agency.

## PLAINTIFF

6.      RID is an irrigation district organized and operated under Article XIII of the Arizona Constitution and Title 48, Chapter 19 of the Arizona Revised Statutes.

7.      RID is a political subdivision of the State of Arizona, vested with all the rights, privileges, and benefits, and entitled to the immunities and exemptions granted to municipalities and political subdivisions under the Arizona Constitution or any law of the

State or of the United States.  Ariz. Const. art. XIII, § 7 (adopted 1940).

8.     RID is a "person" as that term is defined in Section 101(21) of CERCLA, 42 U.S.C. § 9601(21).

9.     RID is the owner and operator of a series of groundwater wells located in the western portion of Maricopa County, Arizona.  RID operates and maintains the groundwater wells for the purpose of providing water to public and private entities and individuals in the western portion of Maricopa County, Arizona for industrial, agricultural, and residential uses.

10.     RID has the legal right to use its groundwater for any beneficial use.

11.     Over 20 of RID's groundwater wells have been impacted by hazardous substances, including, but not limited to, trichloroethene ("TCE"); tetrachloroethene ("PCE"); 1,1,1-trichloroethane ("TCA"); 1,1-dichloroethane ("1,1-DCA"); 1-1-dichloroethene ("1,1-DCE"); 1,2-dichloroethane ("1,2-DCA"); cis-1,2-dichloroethene ("cis-1, 2-DCE"); and methyl tertiary butyl ether ("MTBE").  An additional 11 of RID's groundwater wells are threatened by the same hazardous substances.

12.     RID did not release TCE, PCE, TCA, 1,1-DCA, 1,1-DCE, 1,2-DCA, cis-1,2-DCE, MTBE, or any other hazardous substance into its wells.

13.     To identify the potential sources of hazardous substances in its wells, RID obtained and reviewed publicly available documents, reports, and sampling data in the possession of the Arizona Department of Environmental Quality ("ADEQ") and U.S. Environmental Protection Agency ("EPA") relating to the West Van Buren Area and West Central Phoenix Area Water Quality Assurance Revolving Fund ("WQARF") Sites and the Motorola 52nd Street Superfund Site.  These publicly available documents, reports, and sampling data include, but are not limited to, the following: Draft Remedial Investigation Report, West Van Buren WQARF Registry Site (October 2008); Remedial Investigation Report, West Osborn Complex (July 22, 2004); Draft Remedial

Investigation Report, West Central Phoenix North Plume Site (July 2006); Draft Remedial Investigation Report, West Central Phoenix West Grand Avenue Site (January 2004); Final Remedial Investigation Report, West Central Phoenix East Grand Avenue WQARF Site (June 2006); Interim Remedial Investigation Report, West Central Phoenix North Canal (August 2005); 2006 Final-Focused Remedial Investigation Work Plan and Sampling & Analysis Plan, 500 South 15th Street Facility (July 19, 2006); Draft Focused Remedial Investigation Report, Baker Metal Products Site, 1601 East Madison Street (January 24, 2008); Third Draft Focused Remedial Investigation Work Plan for Soil Gas Investigation, Phoenix Newspapers, Inc. Site, 120 East Van Buren Street (December 1, 2006); Final Focused Remedial Investigation Report, Salt River Project's 16th Street Facility (September 29, 2008); Final Focused Remedial Investigation/Feasibility Study Work Plan, Walker Power Systems Site (April 15, 2008); and Phase I Report, Task Assignment K-2, West Van Buren Area (July 1989) (collectively the "Public Records").

14.     The Public Records identify each of the Defendants that RID has named in this lawsuit as a potential source of the hazardous substances present underneath Defendants' facilities, which is also present in RID's wells.

## DEFENDANTS

15.     Each Defendant identified in this Complaint is a "person" as defined in Section 101(21) of CERCLA, 42 U.S.C. § 9601(21).

16.     Each Defendant is an "owner or operator" of a facility within the meaning of Section 101(20) of CERCLA, 42 U.S.C. § 9601(20).

17.     AdobeAir, Inc., a Delaware corporation, owns and/or operates or formerly owned and/or operated a facility located at 500 South 15th Street in Phoenix, Arizona at the time hazardous substances were disposed of at the facility.  The Public Records state that AdobeAir, Inc. stored and used PCE and petroleum hydrocarbons at the facility; and TCE, PCE, TCA, 1,1-DCA, 1,1-DCE, and 1,2-DCA are present in the soil, soil gas, and

7

groundwater at the facility.

18.     Alcatel-Lucent USA Inc., a Delaware corporation, owns and/or operates or formerly owned and/or operated facilities located at 505 North 51st Avenue and 3750 West Indian School Road in Phoenix, Arizona at the time hazardous substances were disposed of at the facilities.  Upon information and belief, Alcatel-Lucent USA Inc. is the successor-in-interest to American Telephone and Telegraph Company.  The Public Records state that TCA was used at the facilities; diesel fuel and petroleum hydrocarbons were released at the facility located at 3750 West Indian School Road; and TCA was used and TCE, PCE, TCA, 1,1-DCA, and 1,1-DCE are present in the soil at the facility located at 505 North 51st Avenue.

19.     Ari-Tex Tires owns and/or operates or formerly owned and/or operated a facility at 1701-1707 South 22nd Avenue in Phoenix, Arizona at the time hazardous substances were disposed of at the facility.  The Public Records state that used oil and petroleum hydrocarbons were released into the soil at the facility.

20.     Arizona Bus Lines, Inc., an Arizona corporation, owns and/or operates or formerly owned and/or operated a facility located at 814 West Jefferson Street in Phoenix, Arizona at the time hazardous substances were disposed of at the facility.  The Public Records state that Arizona Bus Lines, Inc. used PCE and TCE at the facility and that used oil and petroleum hydrocarbons were released into the soil at the facility.

21.     ArvinMeritor, Inc., a Nevada corporation, owns and/or operates or formerly owned and/or operated a facility located at 500 South 15th Street in Phoenix, Arizona at the time hazardous substances were disposed of at the facility.  The Public Records state that ArvinMeritor, Inc. stored and used PCE and petroleum hydrocarbons at the facility; TCE, PCE, TCA, 1,1-DCA, 1,1-DCE, and 1,2-DCA are present in the soil and soil gas at the facility; and TCE, PCE, TCA, 1,1-DCA, 1,1-DCE, and 1,2-DCE are present in the groundwater at the facility.

22.     ATP, Inc., an administratively dissolved Arizona corporation that did business under the name of Air Tuf Products, Inc., owns and/or operates or formerly owned and/or operated a facility located at 101 North 45th Avenue in Phoenix, Arizona at the time hazardous substances were disposed of at the facility.  The Public Records state that TCE and TCA were used at the facility; soil stains existed at the facility; and TCE, TCA, and 1,1-DCE are present in the groundwater at the facility.

23.     AZLT Corporation, a revoked Arizona corporation that did business as Arizona Lift Trucks, Inc., owns and/or operates or formerly owned and/or operated a facility located at 317 9th Avenue in Phoenix, Arizona at the time hazardous substances were disposed of at the facility.  The Public Records state that waste oil and petroleum hydrocarbons were released at the facility.

24.     Bakala Investment Properties, LLC, a withdrawn Arizona limited liability company, owns and/or operates or formerly owned and/or operated a facility located at 2930 West Osborn Road in Phoenix, Arizona at the time hazardous substances were disposed of at the facility.  The Public Records state that PCE, TCE, TCA, and 1,1-DCE are present in the soil at the facility and PCE, TCE, and 1,1-DCE are present in the groundwater at the facility.

25.     BDR Liquidations, LLC, owns and/or operates or formerly owned and/or operated a facility located at 1601 East Madison Street in Phoenix, Arizona at the time hazardous substances were disposed of at the facility.  The Public Records state that PCE, TCE, cis-1,2-DCE, 1,1,2-TCA, and petroleum hydrocarbons are present in the soil gas and soil at the facility and that PCE and TCE are present in the groundwater at the facility based on theoretical historical groundwater impacts.

26.     Bill's Cylinder Head Service, Inc., an Arizona corporation, owns and/or operates or formerly owned and/or operated a facility located at 1620 South 27th Avenue in Phoenix, Arizona at the time hazardous substances were disposed of at the facility. The

Public Records state that Bill's Cylinder Head Service, Inc. released oil into the soil at the facility.

27.     BNSF Railway Company, a Delaware corporation, owns and/or operates or formerly owned and/or operated a facility located at 707 North 20th Avenue in Phoenix, Arizona at the time hazardous substances were disposed of at the facility.  Upon information and belief, BNSF Railway Company is the successor-in-interest to Santa Fe Pacific Railroad Company.  The Public Records state that TCA and TCE are present in the soil at the facility and PCE, TCE, and cis-1,2-DCE are present in the groundwater at the facility.

28.     BPGraphics, Inc., an Arizona corporation that did business under the names of BPGraphics, BP Graphics & Screenprint, and Billboard Poster, owns and/or operates or formerly owned and/or operated a facility located at 3940 West Montecito in Phoenix, Arizona at the time hazardous substances were disposed of at the facility.  The Public Records state that PCE, TCE, and 1,1-DCE are present in the soil and soil gas at the facility.

29.     BP West Coast Products LLC, a Delaware limited liability company that did business under the name of Atlantic Richfield Co., owns and/or operates or formerly owned and/or operated facilities located at 2926 Northwest Grand Avenue and 5333 West Van Buren Street (also known as the Phoenix Tank Farm) in Phoenix, Arizona at the time hazardous substances were disposed of at the facilities.  The Public Records state that BP West Coast Products, LLC generated TCE waste at the facilities; released petroleum hydrocarbons into the soil at the facilities; PCE, TCE, 1,1-DCE, cis-1,2-DCE, and 1,2-DCA are present in the groundwater at the facility located at 5333 West Van Buren facility; and petroleum hydrocarbons are present in the groundwater at the facility located at 2926 Northwest Grand Avenue.

30.     Brake Supply Company, Inc., an Indiana corporation, owns and/or operates

10

or formerly owned and/or operated a facility located at 420 South 7th Avenue in Phoenix, Arizona at the time hazardous substances were disposed of at the facility.  The Public Records state that PCE and TCE are present in the soil and soil gas at the facility.

31.     Capital Liquidations LLC, an Arizona limited liability company, owns and/or operates or formerly owned and/or operated a facility located at 3536 West Osborn Road in Phoenix, Arizona at the time hazardous substances were disposed of at the facility.  The Public Records state that PCE, TCE, TCA, and 1,1-DCE are present in the soil at the facility and PCE, TCE, and 1,1-DCE are present in the groundwater at the facility.

32.     Century Wheel & Rim Corporation, a California corporation, owns and/or operates or formerly owned and/or operated a facility located at 2930 West Osborn Road in Phoenix, Arizona at the time hazardous substances were disposed of at the facility. The Public Records state that PCE, TCE, TCA, and 1,1-DCE are present in the soil and soil gas at the facility and PCE, TCE, and 1,1-DCE are present in the groundwater at the facility.

33.     Chevron U.S.A. Inc., a Pennsylvania corporation, owns and/or operates or formerly owned and/or operated facilities located at 3050 South 19th Avenue, 5110 West Madison Street, 5325 West Van Buren Street (also known as the Phoenix Tank Farm), and 10 South 51st Avenue in Phoenix, Arizona at the time hazardous substances were disposed of at the facilities.  Upon information and belief, Chevron is the successor-in-interest to The Texas Company, also known as Texaco, and Union Oil Company of California, also known as Unocal.  The Public Records state that waste was generated at the facilities that may contain PCE, TCE, and TCA; cleaning solvents were used at the facilities; petroleum hydrocarbons were released into the soil at the facilities; TCE, PCE, and TCA are present in the soil at the facilities; PCE, TCE, TCA, 1,1-DCE, 1,1-DCA, and cis-1,2-DCE are present in the evaporation pond and process water at the facilities; and

PCE, TCE, 1,1-DCE, cis-1,2-DCE, and 1,2-DCA are present in the groundwater at the facilities.

34.     City of Phoenix, a political subdivision of the State of Arizona, owns and/or operates or formerly owned and or operated facilities located at Sky Harbor International Airport, 5204 East Thomas Road, 2001 South 32nd Street, 4019 West Glenrosa Avenue, 3401 East Air Lane, 111 South 34th Street, and 2801 East Air Lane in Phoenix, Arizona at the time hazardous substances were disposed of at the facilities.  Pursuant to A.R.S. § 12-821.01, the City of Phoenix was provided RID's Notice of Claim on or about April 29, 2009.  On July 23, 2009, the City of Phoenix denied RID's Notice of Claim.  The Public Records state that TCA and TCE were used at the facilities; jet fuel was released at the facilities; PCE, TCE, 1,1,1-TCA, cis-1,2-DCE, and 1,1-DCE are present in the soil at the facilities; and PCE, TCE, 1,1,1-TCA, cis-1,2-DCE, 1,1-DCE, and 1,1-DCA are present in the groundwater at the facilities.

35.     Conger Northwest, Inc., an Oregon corporation that does business under the name of Tarr, Inc., owns and/or operates or formerly owned and/or operated a facility located at 4115 West Turney Avenue in Phoenix, Arizona at the time hazardous substances were disposed of at the facility.  The Public Records state that PCE, TCE, TCA, 1,1-DCA, and 1,1-DCE are present in the soil at the facility and PCE, TCE, and TCA are present in the groundwater at the facility.

36.     Cooper Industries LLC, a Delaware limited liability company, owns and/or operates or formerly owned and/or operated a facility located at 500 South 15th Street in Phoenix, Arizona at the time hazardous substances were disposed of at the facility.  The Public Records state PCE and petroleum hydrocarbons were stored and used at the facility; PCE, TCE, TCA, 1,1-DCA, 1,1-DCE, and 1,2-DCA are present in the soil and soil gas at the facility; and PCE, TCE, TCA, 1,1-DCA, 1,1-DCE, and 1,2-DCE are present in the groundwater at the facility.

12

37.     Corning Incorporated, a New York corporation, owns and/or operates or formerly owned and/or operated facilities located at 3536 West Osborn Road and 425 South 67th Avenue in Phoenix, Arizona at the time hazardous substances were disposed of at the facilities.  Upon information and belief, Corning Incorporated is the successor-in-interest to Components Incorporated.  The Public Records state that PCE, TCE, TCA, and 1,1-DCE are present in the soil at the facility located at 3536 West Osborn Road; PCE, TCE, and 1,1-DCE are present in the groundwater at the facility located at 3536 West Osborn Road; and oil and petroleum hydrocarbons are present in soil at the facility located at 425 South 67th Avenue.

38.     D-Velco Manufacturing of Arizona, Inc., an Arizona corporation, owns and/or operates or formerly owned and/or operated a facility located at 401 South 36th Street in Phoenix, Arizona at which hazardous substances have been disposed.  The Public Records identify D-Velco Manufacturing of Arizona, Inc. as a potentially responsible party and potential source of the hazardous substances in RID's wells, as it received a General Notice Letter on September 3, 2003 and a Special Notice Letter on July 2, 2004 from EPA identifying the company as a potentially responsible party in OU2 of the Motorola 52nd Street Superfund Site.

39.     DJM Construction, Inc., an Arizona corporation, owns and/or operates or formerly owned and/or operated a facility located at 3720 West Whitton Avenue in Phoenix, Arizona at the time hazardous substances were disposed of at the facility.  The Public Records state that PCE is present in the soil at the facility and TCE is present in the groundwater at the facility.

40.     Dolphin, Incorporated, an Arizona corporation, owns and/or operates or formerly owned and/or operated a facility located at 740 South 59th Avenue in Phoenix, Arizona at the time hazardous substances were disposed of at the facility.  The Public Records state that PCE and TCA were used at the facility; PCE, TCE, 1,1-DCE, and

petroleum hydrocarbons were released at the facility; PCE, TCE, 1,1,1-TCA, 1,1-DCE, 1,1-DCA, and cis-1,2-DCE are present in the soil at the facility; and PCE, TCE, 1,1,1-TCA, 1,1-DCE, 1,1-DCA, 1,2-DCA, and cis-1,2-DCE are present in the groundwater at the facility.

41.     ELM Properties, L.L.C., an Arizona limited liability company, owns and/or operates or formerly owned and/or operated a facility located at 3540 West Osborn Road in Phoenix, Arizona at the time hazardous substances were disposed of at the facility. Upon information and belief, ELM Properties, L.L.C. is the successor-in-interest to Charles G. May, May Industries, Inc., May Welding and Machine, and Estella Lyvon May.  The Public Records state that TCA was used at the facility and PCE, TCE, and 1,1-DCE are present in the groundwater at the facility.

42.     F & B Mfg. Co., an Illinois corporation, owns and/or operates or formerly owned and/or operated a facility located at 4316 North 39th Avenue in Phoenix, Arizona at the time hazardous substances were disposed of at the facility.  The Public Records state that PCE and TCA were used at the facility; PCE and TCA are present in the soil at the facility; and PCE, TCE, TCA, 1,1-DCE, and 1,1-DCA are present in the groundwater at the facility.

43.     Fedmart/Sunbelt owns or operates or formerly owned and/or operated a facility located at Grand Avenue and Osborn Road in Phoenix, Arizona at the time hazardous substances were disposed of at the facility.  The Public Records state that petroleum hydrocarbons were released at the facility and  PCE, TCE, and 1,1-DCE are present in the soil gas at the facility.

44.     Giltspur Exhibits owns and/or operates or formerly owned and/or operated facilities located at 3840, 3842, and 3846 West Clarendon Avenue in Phoenix, Arizona at the time hazardous substances were disposed of at the facilities.  The Public Records state that drywells at the facilities may have served as conduits for hazardous substances and

14

PCE and TCE are present in groundwater at the facilities.

45.     Hi-Tech Plating, Inc., a California corporation, owns and/or operates or formerly owned and/or operated a facility located at 4313 West Van Buren Street in Phoenix, Arizona at the time hazardous substances were disposed of at the facility.  The Public Records state that PCE and TCE were used at the facility and PCE and TCE are present in the soil of an on-site drywell at the facility.

46.     Holsum Bakery, Inc., an Arizona corporation, owns and/or operates or formerly owned and/or operated a facility located at 408 South 23rd Avenue in Phoenix, Arizona at the time hazardous substances were disposed of at the facility.  The Public Records state that PCE is present in the soil at the facility and PCE, TCE, TCA, 1,1-DCE, cis-1,2-DCE, and 1,1-DCA are present in the groundwater at the facility.

47.     Honeywell International Inc., a Delaware corporation, owns and/or operates or formerly owned and/or operated facilities located at 111 South 34th Street, 2739 East Washington Street, 2801 East Washington Street, 149 South 27th Street, 202 South 27th Street, and 3401 East Air Lane in Phoenix, Arizona at the time hazardous substances were disposed of at the facilities.  The Public Records state that TCA and TCE were used at the facilities; jet fuel was released at the facilities; PCE, TCE, 1,1,1-TCA, cis-1,2-DCE, and 1,1-DCE are present in the soil at the facilities; and PCE, TCE, 1,1,1-TCA, cis-1,2-DCE, 1,1-DCE, and 1,1-DCA are present in the groundwater at the facilities.

48.     Intermountain Wood Products, Inc., a Utah corporation that does business under the name of Intermountain Lumber Co., owns and/or operates or formerly owned and/or operated a facility located at 4330 North 39th Avenue in Phoenix, Arizona at the time hazardous substances were disposed of at the facility.  The Public Records state that PCE, TCE, and 1,1-DCE are present in the soil and soil gas at the facility and PCE, TCE, and 1,1-DCE are present in the groundwater at the facility.

49.     International Window-Arizona, Inc., a California corporation, owns and/or

operates or formerly owned and/or operated a facility located at 2121 South 15th Avenue in Phoenix, Arizona at the time hazardous substances were disposed of at the facility.  The Public Records state that PCE is present in the soil at the facility and PCE, TCE, and 1,1-DCA are present in the groundwater at the facility.

50.     Jaquay's Equipment Company owns and/or operates or formerly owned and/or operated a facility located at 1219 South 19th Avenue in Phoenix, Arizona at the time hazardous substances were disposed of at the facility.  The Public Records state that empty drums of PCE were found at the facility; stained soil was present at the facility; and PCE and TCE are present in the groundwater at the facility.

51.     Joe's Diesel Repair owns and/or operates or formerly owned and/or operated a facility located at 6316 West Van Buren Street, in Phoenix, Arizona at the time hazardous substances were disposed of at the facility.  The Public Records state that TCA and TCE are present in the soil at the facility.

52.     J.T.'s Diesel Repair, Inc., an Arizona corporation, owns and/or operates or formerly owned and/or operated a facility located at 717 North 21st Avenue in Phoenix, Arizona at the time hazardous substances were disposed of at the facility.  The Public Records state that PCE is present in the soil at the facility and PCE and TCE are present in the groundwater at the facility.

53.     Kinder Morgan G.P., Inc., a Delaware corporation, owns and/or operates or formerly owned and/or operated facilities located at 49 North 53rd Avenue (also known as the Phoenix Tank Farm) in Phoenix, Arizona at the time hazardous substances were disposed of at the facilities.  Upon information and belief, Kinder Morgan G.P., Inc. is the successor-in-interest to Santa Fe Pacific Pipeline Partners, L.P.  The Public Records state that TCE, PCE, and TCA are present in the soil at the facilities and PCE, TCE, 1,1-DCE, cis-1,2-DCE, and 1,2-DCA are present in the groundwater at the facilities.

54.     L&M Manufacturing Co., an Arizona corporation, owns and/or operates or

formerly owned and/or operated facilities located at 3625 and 3707 West Clarendon Avenue in Phoenix, Arizona at the time hazardous substances were disposed of at the facilities.  The Public Records state that TCA was used at the facilities; PCE, TCE, TCA, and 1,1-DCE are present in the soil and soil gas at the facilities; and TCE and 1,1-DCE are present in the groundwater at the facilities

55.   LaSalle Draperies owns and/or operates or formerly owned and/or operated a facility located at 710 West Buchanan Street in Phoenix, Arizona at the time hazardous substances were disposed of at the facility.  The Public Records state that PCE and TCE are present in the soil gas and groundwater at the facility.

56.   Laundry & Cleaners Supply, Inc., an Arizona corporation, owns and/or operates or formerly owned and/or operated a facility located at 4120 East Madison Street in Phoenix, Arizona at the time hazardous substances were disposed of at the facility.  The Public Records identify Laundry & Cleaners Supply, Inc. as a potentially responsible party and potential source of the hazardous substances in RID's wells, as it received a General Notice Letter dated September 3, 2003 from EPA for OU2 of the 52nd Street Motorola Superfund Site.

57.   Layke, Incorporated, an Arizona corporation, owns and/or operates or formerly owned and/or operated a facility located at 3330 West Osborn Road in Phoenix, Arizona at the time hazardous substances were disposed of at the facility.  The Public Records state that PCE, TCA, and TCE were used at the facility; PCE, TCA, and TCE were released at the facility; and PCE, TCE, and 1,1-DCE are present in the soil and groundwater at the facility.

58.   M & S Enterprises, an Arizona corporation, owns and/or operates or formerly owned and/or operated a facility located at 4330 North 39th Avenue in Phoenix, Arizona at the time hazardous substances were disposed of at the facility.  The Public Records state that PCE, TCE, and 1,1-DCE are present in the soil and soil gas at the

facility and PCE, TCE, and 1,1-DCE are present in the groundwater at the facility.

59.     Manco, Inc., an Arizona corporation, owns and/or operates or formerly owned and/or operated a facility located at 1738 West Lincoln Street in Phoenix, Arizona at the time hazardous substances were disposed of at the facility.  The Public Records state that oil and petroleum hydrocarbons are present in the soil at the facility.

60.     Maricopa County, a political subdivision of the State of Arizona, owns and/or operates or formerly owned and/or operated facilities located at 49 North 53rd Avenue (also known as the Phoenix Tank Farm) and 320 West Lincoln Street in Phoenix, Arizona at the time hazardous substances were disposed of at the facility.  Pursuant to A.R.S. § 12-821.01, Maricopa County was provided RID's Notice of Claim on or about April 29, 2009.  On May 8, 2009, Maricopa County notified RID that Maricopa County would not investigate the Notice of Claim.  The Public Records State that TCE and PCE are present in the soil at the facilities and PCE, TCE, TCA, 1,1-DCE, 1,2-DCA, and cis-1,2-DCE are present in the groundwater at the facilities.

61.     Maricopa County Community College District, Rio Salado Community College, a political subdivision of the State of Arizona, owns and/or operates or formerly owned and/or operated a facility located at 621 North 7th Avenue in Phoenix, Arizona at which hazardous substances have been disposed.  Pursuant to A.R.S. § 12-821.01, Maricopa County Community College District was provided a letter outlining RID's claims on or about August 19, 2009.  On October 9, 2009, Maricopa County Community College District notified RID that Maricopa County Community College District denied RID's claims.  The Public Records state that waste oil and petroleum hydrocarbons were released at the facility and are present in the soil of the facility.

62.     Maricopa Land and Cattle Company, an Arizona corporation, owns and/or operates or formerly owned and/or operated a facility located at 3602 West Elwood Street in Phoenix, Arizona at the time hazardous substances were disposed of at the facility.

Upon information and belief, Maricopa Land and Cattle Company is the successor-in-interest to Maricopa By-Products, Inc.  The Public Records state that TCA and TCE are present in the soil at the facility.

63.     Maroney's Cleaners & Laundry, Inc., an Arizona corporation, owns and/or operates or formerly owned and/or operated a facility located at 720 West Buchanan Street in Phoenix, Arizona at the time hazardous substances were disposed of at the facility.  The Public Records state that PCE, TCE, and 1,1,1-TCA are present in the soil at the facility and PCE, TCE, TCA, 1,1-DCE, and cis-1,2-DCE are present in the groundwater at the facility.

64.     Milado Filco Anderson Trust owns and/or operates or formerly owned and/or operated a facility located at 4316 North 39th Avenue in Phoenix, Arizona at the time hazardous substances were disposed of at the facility.  The Public Records state that PCE was used at the facility; PCE and TCA are present in the soil at the facility; and PCE, TCE, TCA, 1,1-DCE, and 1,1-DCA are present in the groundwater at the facility.

65.     Milum Textile Services Co., an Arizona corporation, owns and/or operates or formerly owned and/or operated a facility located at 333 North 7th Avenue in Phoenix, Arizona at the time hazardous substances were disposed of at the facility.  The Public Records state that PCE was used at the facility; PCE, TCA, and TCE are present in the soil gas at the facility; and PCE, TCE, and 1,1-DCE are present in the groundwater at the facility.

66.     National Environmental Waste, Inc., an Arizona corporation, owns and/or operates or formerly owned and/or operated a facility located at 4330 North 39th Avenue in Phoenix, Arizona at the time hazardous substances were disposed of at the facility.  The Public Records state that PCE, TCE, and 1,1-DCE are present in the soil, soil gas, and groundwater at the facility.

67.     National Feed and Seed Company, a dissolved Arizona corporation, owns

and/or operates or formerly owned and/or operated a facility located at 350 South 75th Avenue in Phoenix, Arizona at the time hazardous substances were disposed of at the facility.  Upon information and belief, National Feed and Seed Company is the successor-in-interest to Southwest Feed and Seed Company.  The Public Records state that TCA and TCE are present in the soil at the facility.

68.     North American Terminals Management, Inc., a Delaware corporation, owns and/or operates or formerly owned and/or operated a facility located at 2021 South 51st Avenue in Phoenix, Arizona at the time hazardous substances were disposed of at the facility.  The Public Records state that TCE is present in the soil at the facility.

69.     NUCOR Corporation, a Delaware corporation, owns and/or operates or formerly owned and operated a facility located at 3536 West Osborn Road in Phoenix, Arizona at the time hazardous substances were disposed of at the facility.  The Public Records state that TCE was used at the facility; PCE, TCE, and 1,1-DCE are present in the soil at the facility; and PCE, TCE, and 1,1-DCE are present in the groundwater at the facility.

70.     Optifund, Inc., an Arizona corporation that does business under the name of Optifab, Inc., owns and/or operates or formerly owned and/or operated facilities located at 1550 and 1554 West Van Buren Street in Phoenix, Arizona at the time hazardous substances were disposed of at the facilities.  The Public Records state that TCA was used at the facilities and is present in the groundwater at the facilities.

71.     Osborn Products, Inc., an Arizona corporation, owns and/or operates or formerly owned and/or operated a facility located at 3632 West Clarendon in Phoenix, Arizona at the time hazardous substances were disposed of at the facility.  The Public Records state that TCE and TCA were used at the facility; waste was disposed of by drywell at the facility; TCA, TCE, PCE, and cis-1,2-DCE are present in the soil at the facility; PCE, TCE, and TCA are present in drywell sludge at the facility; and PCE, TCE,

and 1,1-DCE are present in the groundwater at the facility.

72.     Penn Racquet Sports, Inc., an Ohio corporation that does business under the name of Penn Athletic, owns and/or operates or formerly owned and/or operated a facility located at 306 South 45th Avenue in Phoenix, Arizona at the time hazardous substances were disposed of at the facility.  The Public Records state that there was a release of petroleum hydrocarbons from an underground storage tank at the facility.

73.     Eugene R. Perri, an unmarried man and resident of the State of Arizona, owns and/or operates or formerly owned and operated a facility located at 3536 West Osborn Road in Phoenix, Arizona at the time hazardous substances were disposed of at the facility.  The Public Records state that TCE was used at the facility; PCE, TCE, and 1,1-DCE are present in the soil at the facility; and PCE, TCE, and 1,1-DCE are present in the groundwater at the facility.

74.     Phoenix Heat Treating, Inc., an Arizona corporation, owns and/or operates or formerly owned and/or operated a facility located at 2405 West Mohave Street in Phoenix, Arizona at the time hazardous substances were disposed of at the facility.  The Public Records state that TCA was used at the facility and TCA, TCE, and 1,1-DCE are present in the soil and soil gas at the facility.

75.     Phoenix Industrial Properties, Inc., a Delaware corporation, owns and/or operates or formerly owned and/or operated a facility located at 3027 East Washington in Phoenix, Arizona at which hazardous substances have been disposed.  The Public Records identify Phoenix Industrial Properties, Inc. as a potentially responsible party and potential source of the hazardous substances in RID's wells, as it received a General Notice Letter dated September 3, 2003 and Special Notice Letter dated July 2, 2004 from EPA for OU2 of the 52nd Street Motorola Superfund Site.

76.     Phoenix Manufacturing, Inc., an Arizona corporation, owns and/or operates or formerly owned and/or operated a facility located at 1601 East Madison Street in

Phoenix, Arizona at the time hazardous substances were disposed of at the facility.  The Public Records identify Phoenix Industrial Properties, Inc. as a potentially responsible party and potential source of the hazardous substances in RID's wells.  The Public Records state that TCE, PCE, and 1,1,2-TCA are present in the soil at the facility and TCE and PCE are present in the groundwater at the facility.

77.     Phoenix Newspapers, Inc., an Arizona corporation, owns and/or operates or formerly owned and operated a facility located at 120 East Van Buren Street in Phoenix, Arizona at the time hazardous substances were disposed of at the facility.  The Public Records identify Phoenix Newspapers, Inc. as a potentially responsible party and potential source of the hazardous substances in RID's wells.  The Public Records also state that TCE, TCA, and PCE are present in the soil at the facility.

78.     Phoenix Vegetable Distributors, an administratively dissolved Arizona corporation, owns and/or operates or formerly owned and/or operated a facility located at the southeast corner of Buckeye Road and 83rd Avenue in Tolleson, Arizona at the time hazardous substances were disposed of at the facility.  The Public Records state that TCE is present in the soil at the facility.

79.     Pincus Family Trust owns and/or operates or formerly owned and/or operated a facility located at 3536 West Osborn Road in Phoenix, Arizona at the time hazardous substances were disposed of at the facility.  The Public Records state that PCE, TCE, and 1,1-DCE are present in the soil and groundwater at the facility.

80.     PMI Industrial Property, L.L.C., an Arizona limited liability company, owns and/or operates or formerly owned and/or operated facilities located at 3625 and 3707 West Clarendon Avenue in Phoenix, Arizona at the time hazardous substances were disposed of at the facilities.  The Public Records state that PCE, TCE, TCA, and 1,1-DCE are present in the soil and soil gas at the facilities and TCE and 1,1-DCE are present in groundwater at the facilities.

22

81.     Praxair, Inc., a Delaware corporation, owns and/or operates or formerly owned and/or operated a facility located at 1021 North 22nd Avenue in Phoenix, Arizona at the time hazardous substances were disposed of at the facility.  Upon information and belief, Praxair is the successor-in-interest to Treffers Precision, Inc.  The Public Records state that PCE and TCA were used at the facility and PCE is present in the soil at the facility.

82.     Precise Metal Products Co., an Arizona corporation that did business under the names of Paraflex Tool & Machine Co., Precision Marking, Paint Spray, Inc., and Perigee Metal Spinning, owns and/or operates or formerly owned and/or operated a facility located at 3839 North 39th Avenue in Phoenix, Arizona at the time hazardous substances were disposed of at the facility.  The Public Records state that TCE and TCA were used at the facility; PCE, TCE, TCA, and 1,1-DCE are present in the soil gas and soil at the facility; and PCE, TCE, and 1,2-DCE, 1,1-DCE are present in the groundwater at the facility.

83.     Prudential Overall Supply, a California corporation, owns and/or operates or formerly owned and/or operated a facility located at 5102 West Roosevelt Street in Phoenix, Arizona at the time hazardous substances were disposed of at the facility.  The Public Records state that PCE was used at the facility and PCE, TCE, 1,1-DCE, and cis-1,2-DCE are present in the soil, soil gas, and groundwater at the facility.

84.     Ray and Bob's Truck Salvage, LLC owns and/or operates or formerly owned and/or operated a facility located at 101 South 35th Avenue in Phoenix, Arizona at the time hazardous substances were disposed of at the facility.  The Public Records state that TCA and TCE are present in the soil at the facility.

85.     Redburn Tire Company, an Arizona corporation, owns and/or operates or formerly owned and/or operated a facility located at 3801 West Clarendon Avenue in Phoenix, Arizona at the time hazardous substances were disposed of at the facility.  The

Public Records state that TCE, TCA, and PCE were used at the facility and TCE and PCE are present in the groundwater at the facility.

86.    Research Chemicals Incorporated, a Delaware corporation, owns and/or operates or formerly owned and/or operated a facility located at 8220 West Harrison Street in Phoenix, Arizona at the time hazardous substances were disposed of at the facility.  The Public Records state that PCE, TCA, TCE, and 1,1-DCE are present in the soil and groundwater at the facility.

87.    Rexam Beverage Can Company, a Delaware corporation, owns and/or operates or formerly owned and/or operated a facility located at 211 North 51st Avenue in Phoenix, Arizona at the time hazardous substances were disposed of at the facility.  Upon information and belief, Rexam Beverage Can Company is the successor-in-interest to American National Can Group.  The Public Records state that TCA, TCE, PCE, and 1,1-DCE are present in the soil and soil gas at the facility.

88.    Salt River Project Agricultural Improvement and Power District, a political subdivision of the State of Arizona that also operates under the names of Salt River Project and SRP, owns and/or operates or formerly owned and/or operated facilities located at 100 South 51st Avenue, 120 South 51st Avenue, and 1616 East Lincoln Street in Phoenix, Arizona at the time hazardous substances were disposed of at the facilities. The Public Records state that PCE, TCE, and TCA were used at the facilities; PCE, TCE, and petroleum hydrocarbons were released at the facilities; PCE, TCE, TCA, and petroleum hydrocarbons are present in the soil and soil gas at the facilities; and PCE, TCE, 1,1-DCE, 1,2-DCE, 1,2-DCA, and 1,1-DCA are present in the groundwater at the facilities.  Pursuant to A.R.S. § 12-821.01, Salt River Project Agricultural Improvement and Power district was provided RID's Notice of Claim on or about April 29, 2009.  The Notice of Claim was denied.

89.    Sav-Trac of Arizona, Inc., an administratively dissolved Arizona

corporation, owns and/or operates or formerly owned and/or operated a facility located at 2602 West Durango Street in Phoenix, Arizona at the time hazardous substances were disposed of at the facility.  The Public Records state that waste, which may have contained PCE, TCE, and TCA, was released in drywells at the facility and drywell fluid and sediment from the facility contain volatile organic compounds.

90.     Schuff Steel Company, a Delaware corporation, owns and/or operates or formerly owned and/or operated a facility located at 420 South 19th Avenue in Phoenix, Arizona at the time hazardous substances were disposed of at the facility.  The Public Records state that PCE, TCE, TCA, 1,1-DCE, and 1,1-DCA are present in the soil at the facility and TCE and 1,1-DCE were detected in wastewater at the facility.

91.     Seaport Petroleum Corporation, a California corporation, owns and/or operates or formerly owned and/or operated a facility located at 25 North 57th Avenue in Phoenix, Arizona at the time hazardous substances were disposed of at the facility.  The Public Records state that oil and petroleum hydrocarbons are present in the soil at the facility.

92.     Sheet Metal Fabricating Specialists LLC, an Arizona limited liability company, owns and/or operates or formerly owned and/or operated a facility located at 1601 East Madison Street in Phoenix, Arizona at the time hazardous substances were disposed of at the facility.  The Public Records state that TCE, PCE, and 1,1,2-TCA are present in the soil at the facility and TCE and PCE are present in the groundwater at the facility.

93.     Shell Oil Company, a Delaware corporation, owns and/or operates or formerly owned and/or operated a facility located at 49 North 53rd Avenue (also known as the Phoenix Tank Farm) in Phoenix, Arizona at the time hazardous substances were disposed of at the facility.  The Public Records state that petroleum hydrocarbons have been released at the facility and PCE, TCE, 1,1-DCE, 1,2-DCE, and cis-1,2-DCE are

present in the groundwater at the facility.

94.     Smithey Recycling Company, an Arizona corporation, owns and/or operates or formerly owned and/or operated a facility located at 3640 South 53rd Avenue in Phoenix, Arizona at the time hazardous substances were disposed of at the facility.  The Public Records state that TCA and TCE are present in the soil at the facility.

95.     Southwest Metals Company, Inc., a revoked Arizona corporation, owns and/or operates or formerly owned and/or operated facilities located at 3625 and 3707 West Clarendon Avenue in Phoenix, Arizona at the time hazardous substances were disposed of at the facilities.  The Public Records state that PCE, TCE, TCA, and 1,1-DCE are present in the soil and soil gas at the facilities and TCE and 1,1-DCE are present in the groundwater at the facilities.

96.     Southwest Roofing Supply, Inc., a Delaware corporation, owns and/or operates or formerly owned and/or operated a facility located at 3150 West Osborn Road in Phoenix, Arizona at the time hazardous substances were disposed of at the facility.  The Public Records state that PCE is present in the soil and groundwater at the facility.

97.     Southwest Solvents & Chemicals, Inc., a Texas corporation, owns and/or operates or formerly owned and/or operated a facility located at 320 West Lincoln Street in Phoenix, Arizona at the time hazardous substances were disposed of at the facility.  The Public Records state that PCE, TCE, and TCA are present at the facility; TCE and PCE are present in the soil at the facility; and PCE, TCE, TCA, 1,1-DCE, 1,2-DCA, and cis-1,2-DCE are present in the groundwater at the facility.

98.     The Rinchem Company, Inc., an administratively dissolved Arizona corporation, owns and/or operates or formerly owned and/or operated a facility located at 4115 West Turney Avenue in Phoenix, Arizona at the time hazardous substances were disposed of at the facility.  The Public Records state that PCE, TCE, and TCA were sold in bulk at the facility; PCE, TCE, TCA, 1,1-DCA, and 1,1-DCE are present in the soil at

the facility; and PCE, TCE, TCA, and 1,1-DCE are present in the groundwater at the facility.

99.     The Seven Angels, L.L.C., an Arizona limited liability company, owns and/or operates or formerly owned and/or operated a facility located at 3536 West Osborn Road in Phoenix, Arizona at the time hazardous substances were disposed of at the facility.  The Public Records state that PCE, TCE, and 1,1-DCE are present in the groundwater at the facility.

100.     Times Fiber Communications, Inc., a Delaware corporation, owns and/or operates or formerly owned and/or operated a facility located at 4648 West Van Buren Street in Phoenix, Arizona at the time hazardous substances were disposed of at the facility.  The Public Records state that TCA was used at the facility and is present in the groundwater at the facility.

101.     Triad Trucking Company owns and/or operates or formerly owned and/or operated a facility located within the West Central Phoenix North Canal Plume WQARF Site in Phoenix, Arizona at the time hazardous substances were disposed of at the facility. The Public Records state that TCE and PCE are present in the groundwater at the facility; petroleum hydrocarbons were released at the facility; and TCE and PCE are present in the groundwater at the facility.

102.     Triple E Properties, Inc., a California corporation, owns and/or operates or formerly owned and/or operated a facility located at 1909 West Fillmore Street in Phoenix, Arizona at the time hazardous substances were disposed of at the facility.  The Public Records state that petroleum hydrocarbons are present in the soil at the facility.

103.     Tri-Star Quality Metal Finishing, Inc. owns and/or operates or formerly owned and/or operated a facility located at 5144 West McKinley Street in Phoenix, Arizona at the time hazardous substances were disposed of at the facility.  The Public Records state that TCE and TCA were used at the facility; PCE is present in the soil at the

facility; and PCE and TCE are present in the groundwater at the facility.

104.    Tritech Manufacturing, Inc., a revoked Arizona corporation, owns and/or operates or formerly owned and/or operated a facility located at 5144 West McKinley Street in Phoenix, Arizona at the time hazardous substances were disposed of at the facility.  The Public Records state that TCE and TCA were used at the facility; PCE is present in the soil at the facility; and PCE and TCE are present in the groundwater at the facility.

105.    Union Pacific Railroad Company, a Delaware corporation, owns and/or operates or formerly owned and/or operated facilities located at 1301 East Jackson Street and 320 West Lincoln Street in Phoenix, Arizona at the time hazardous substances were disposed of at the facilities.  The Public Records state that PCE, TCE, and TCA are present at the facilities; TCE and PCE are present in the soil at the facilities; and PCE, TCE, TCA, 1,1-DCE, 1,2-DCA, and cis-1,2-DCE are present in the groundwater at the facility located at 320 W. Lincoln Street.

106.    United Parcel Service, Inc., an Ohio corporation, owns and/or operates or formerly owned and/or operated a facility located at 3150 West Osborn Road in Phoenix, Arizona at the time hazardous substances were disposed of at the facility.  The Public Records state that PCE is present in the soil and groundwater at the facility.

107.    Univar USA, Inc., a Washington corporation, owns and/or operates or formerly owned and/or operated facilities located at 50 South 45th Avenue and 2930 West Osborn Road in Phoenix, Arizona at the time hazardous substances were disposed of at the facilities.  Upon information and belief, Univar is the successor-in-interest to Van Waters & Rogers, Inc.  The Public Records state that PCE, TCE, and TCA were used at the facilities; PCE, TCE, TCA, 1,1-DCE, 1,1-DCA, and 1,2-DCA are present in the soil at the facilities; and PCE, TCE, TCA, 1,1-DCE, 1,2-DCA, and 1,2-DCE are present in the groundwater at the facilities.

108.   URS Southwest, Inc., a Delaware corporation that did business under the name of Shamrock Towing, owns and/or operates or formerly owned and/or operated a facility located at Grand Avenue and Osborn Road in Phoenix, Arizona at the time hazardous substances were disposed of at the facility.  The Public Records state that petroleum hydrocarbons are present in the soil at the facility and PCE, TCE, and 1,1-DCE are present in the groundwater at the facility.

109.   Wabash National Corporation, a Delaware corporation, owns and/or operates or formerly owned and/or operated a facility located at 902 South 7th Street in Phoenix, Arizona at the time hazardous substances were disposed of at the facility.  Upon information and belief, Wabash National Corporation is the successor-in-interest to Fruehauf Corporation.  The Public Records state that Fruehauf Corporation has been identified as a potentially responsible party and potential source of the hazardous substances in RID's wells in EPA's General Notice Letter dated September 3, 2003 for OU3 of the 52nd Street Motorola Superfund Site.

110.   Walker Power Systems, Inc., an Arizona corporation, owns and/or operates or formerly owned and/or operated a facility located at 1301 East Jackson Street in Phoenix, Arizona at the time hazardous substances were disposed of at the facility.  The Public Records state that PCE, TCE, TCA, and cis-1,2-DCE are present in the soil and soil gas at the facility and that PCE, TCE, TCA, 1,1-DCE, 1,1-DCA. and 1,2-DCE are present in the groundwater at the facility.

111.   West Monroe Property, Inc., an Arizona corporation, owns and/or operates or formerly owned and/or operated a facility located at 5925 West Monroe Street in Phoenix, Arizona at the time hazardous substances were disposed of at the facility.  Upon information and belief, West Monroe Property, Inc. is the successor-in-interest to Maximet Corporation.  The Public Records state that TCA was used at the facility and TCE and TCA are present in the soil at the facility.

112.   Willmore Manufacturing, Inc., an Arizona corporation, owns and/or operates or formerly owned and/or operated a facility located at 3030 North 30th Avenue in Phoenix, Arizona at the time hazardous substances were disposed of at the facility. Upon information and belief, Wilmore Manufacturing is the successor-in-interest to Mogul Corporation.  The Public Records state that a release occurred at the facility and PCE, TCE, 1,2-DCA, and 1,1-DCE are present in the groundwater at the facility.

113.   World Resources Company, a Virginia corporation, owns and/or operates or formerly owned and/or operated a facility located at 8113 West Sherman Street in Tolleson, Arizona at the time hazardous substances were disposed of at the facility.  The Public Records state that PCE was used at the facility; TCE and TCA are present in the soil at the facility; and TCA is present in the groundwater at the facility.

114.   YRC Inc., a Delaware corporation, owns and/or operates or formerly owned and/or operated a facility located at 2021 South 51st Avenue in Phoenix, Arizona at the time hazardous substances were disposed of at the facility.  Upon information and belief, YRC is the successor-in-interest to Roadway Express.  The Public Records state that TCE is present in the soil at the facility.

**FEDERAL DEFENDANTS**

115.   The United States Department of Defense is an agency of the United States responsible for the United States Air Force, which owns and/or operates or formerly owned and/or operated a facility located at 111 South 34th Street at the time hazardous substances were disposed of at the facility.  The Public Records state that TCA and TCE were used at the facility; jet fuel was released at the facility; PCE, TCE, 1,1,1-TCA, cis-1,2-DCE, and 1,1-DCE are present in the soil at the facility; and PCE, TCE, 1,1,1-TCA, cis-1,2-DCE, 1,1-DCE, and 1,1-DCA are present in the groundwater at the facility.

116.   The United States Department of Energy is an agency of the United States responsible for the Western Area Power Administration, which owns and/or operates or

formerly owned and/or operated a facility located at 615 South 43rd Avenue at the time hazardous substances were disposed of at the facility.  The Public Records state that PCE, TCE, and TCA were used and stored at the facility; TCA and PCE are present in the soil at the facility; and PCE, TCE, 1,1-DCE, and cis-1,2-DCE are present in the groundwater at the facility.

## **GENERAL ALLEGATIONS**

117.    RID owns and operates approximately 100 groundwater wells in the western portion of Maricopa County that are used to supply water to public and private entities and individuals for industrial, agricultural, and residential uses.

118.    The groundwater pumped by over 20 of these wells is contaminated with pollutants including, but not limited to, TCE, PCE, TCA, 1,1-DCA, 1,1-DCE, 1,2-DCA, cis-1, 2-DCE, and MTBE.  An additional 11 of RID's wells are threatened by these same pollutants.

119.    The contamination of RID's wells is associated with three regional sites which have been identified under CERCLA, 42 U.S.C. §§ 9601 – 9675, or Arizona's WQARF program, A.R.S. §§ 49-281 - 49-298 ("WQARF").  The three sites are as follows:

        a.    Motorola 52nd Street Superfund Site ("M-52").  M-52 is listed on EPA's National Priorities List, 40 C.F.R. Pt. 300, App. B.  M-52 has been subdivided into three operable units ("OUs").  The approximate boundaries of OU1 are Palm Lane to the north, 52nd Street to the east, Roosevelt Street to the south, and 44th Street to the west. The approximate boundaries of OU2 are Roosevelt Street to the north, 44th Street to the east, Buckeye Road to the south, and 18th Street to the west.  The approximate boundaries of OU3 are McDowell Road to the north, 20th Street to the east, Buckeye Road to the south, and 7th Avenue to the west.  EPA has investigated and identified the potentially responsible parties and sources of hazardous substances at M-52.

b.      West Van Buren Area WQARF Site.  The West Van Buren Area WQARF Site ("WVBA") is listed on ADEQ's WQARF Registry established under A.R.S. § 49-287.01(D).  The approximate boundaries of WVBA are McDowell Road to the north, 7th Avenue to the east, Lower Buckeye Road to the south, and 75th Avenue to the west. ADEQ has investigated and issued a draft Remedial Investigation Report, which identifies the potentially responsible parties and sources of hazardous substances at WVBA.

c.      West Central Phoenix WQARF Site.  The West Central Phoenix WQARF Site ("WCP") also is listed on ADEQ's WQARF Registry.  WCP is bounded approximately by Campbell Road to the north, 19th Avenue to the east, McDowell Road to the south, and 43rd Avenue to the west.  ADEQ has investigated and identified the potentially responsible parties and sources of hazardous substances at WCP.

120.   The contaminated groundwater underlying each of the M-52, WVBA, and WCP sites is moving in a southwesterly or westerly direction toward RID's groundwater wells.  The contaminated groundwater is hydrologically connected to the groundwater pumped by RID.

121.   The contaminated groundwater from the M-52, WVBA, and WCP sites has infiltrated and impacted RID's wells.

122.   If left untreated, the contaminated groundwater from the M-52, WVBA, and WCP sites is a danger to RID, its customers, public safety and health, and a valuable drinking water supply.

123.   To respond to the contamination of its wells and to address the groundwater contamination from the M-52, WVBA, and WCP sites, RID must pump and treat the groundwater in its wells to remove the contamination before delivering the water to its customers.

124.   RID has hired consultants to monitor, assess, and evaluate the groundwater contamination.  RID's consultants have designed a remedy to address the groundwater

contamination in its wells.  Specifically, RID has designed an Early Response Action ("ERA") with the objectives of treating the groundwater contamination in certain of its wells in accordance with state law; protecting public health from the groundwater contamination; protecting RID's unimpacted wells; providing a clean water supply; and reducing the costs of the final remedy for the groundwater contamination.

125.    The ERA addresses RID's contaminated wells prior to the design of a final remedy, which will be completed at a later date.

126.    The ERA provides that RID will continuously pump contaminated groundwater from its ten groundwater wells along the Salt Canal; connect the ten highest contaminated wells to the Salt Canal; improve infrastructure to facilitate water treatment; build a 20,000 gallon per minute treatment plant to treat contaminated groundwater in the Salt Canal; and discharge treated water into the Main Canal until a water pipeline can be constructed.

127.    The ERA is authorized under Ariz. Admin. Code ("A.A.C.") R18-16-405, as it addresses a current risk to public health, protects a water supply, provides a water supply, and controls contamination to reduce the scope or cost of the final remedy for the contaminated groundwater.

128.    Pursuant to A.A.C. R18-16-405, the Director of ADEQ is required to approve the ERA, if it meets all of the remedial action criteria of A.R.S. § 49-282.06(A), which provide that the ERA must protect public health, allow maximum beneficial use of state waters, and is reasonable, necessary, cost effective, and technically feasible.  The ERA meets all of these criteria.

129.    RID submitted the ERA to ADEQ for its review and approval on October 5, 2009.

130.    ADEQ and its technical consultants provided technical comments on the ERA to RID on December 23, 2009.

131.    Several of the Defendants identified in this Complaint provided comments and objections to the ERA to ADEQ.

132.    To address ADEQ's comments, RID submitted a revised ERA to ADEQ on February 4, 2010.

133.    Pursuant to A.A.C. R18-16-405, RID expects that the Director of ADEQ will approve the ERA.

## COUNT ONE

### (CERCLA)

134.    RID incorporates the allegations contained in paragraphs 1 through 133 herein by reference.

135.    RID is the owner and operator of a series of groundwater wells located in the western portion of Maricopa County, Arizona.  RID operates and maintains the groundwater wells for the purpose of providing water to public and private entities and individuals in the western portion of Maricopa County, Arizona for industrial, agricultural, and residential uses.

136.    Each Defendant identified in Paragraphs 17 through 116 of this Complaint owns and/or operates or formerly owned and/or operated a "facility" as defined in Section 101(9) of CERCLA, 42 U.S.C. § 9601(9).

137.    There has been a release or threatened release as defined in Section 101(22) of CERCLA, 42 U.S.C. § 9601(22), of one or more hazardous substances from each facility owned and/or operated or formerly owned and/or operated by each Defendant identified in Paragraphs 17 through 116 of this Complaint.  The nature of these releases or threatened releases is based on Public Reports and described in Paragraphs 17 through 116 above.

138.    The Public Records identify the Defendants that have released petroleum hydrocarbons as potential sources of the hazardous substances located in RID's wells

because of the potential for petroleum hydrocarbon contamination to facilitate natural biodegradation of volatile organic compounds, thus generating new hazardous substances. CERCLA's liability provisions apply to a release of a non-hazardous substance that subsequently generates a hazardous substance in the environment.

139.    As set forth above, the presence of hazardous substances in the soil, surface water, or groundwater at each facility owned and/or operated or formerly owned and/or operated by each Defendant identified in Paragraphs 17 through 116 of this Complaint demonstrates that a release occurred at each facility.

140.    The hazardous substances which have been released or threatened to be released from the facilities owned and/or operated or formerly owned and/or operated by the Defendants identified in Paragraphs 17 through 116 of this Complaint have infiltrated and contaminated or threaten to infiltrate and contaminate the groundwater underlying Maricopa County, Arizona, and in which RID's groundwater wells are located.

141.    As a result of the releases or threatened releases of hazardous substances from the facilities owned and/or operated or formerly owned and/or operated by the Defendants identified in Paragraphs 17 through 116 of this Complaint, RID has incurred necessary costs of "response" as defined in Section 101(25) of CERCLA, 42 U.S.C. § 9601(25) and, therefore, is entitled to bring this action against the Defendants.

142.    RID has incurred over $2,000,000 in necessary costs of response to date and expects to incur over $40,000,000 in necessary costs of response in the future in responding to the contamination of its wells and completing the work set forth in the ERA.

143.    All costs of response borne by RID have been incurred consistent with the National Oil and Hazardous Substances Pollution Contingency Plan, 40 C.F.R. Part 300 (the "NCP"), or incurred not inconsistent with the NCP.

144.    Each Defendant identified in Paragraphs 17 through 116 of this Complaint

35

is jointly and severally liable under Section 107(a) of CERCLA, 42 U.S.C. § 9607(a), for the response costs RID has incurred, and each Defendant is jointly and severally liable for all future costs RID may incur that are not inconsistent with the NCP.

WHEREFORE, RID requests entry of Judgment against each of the Defendants identified in Paragraphs 17 through 116 of this Complaint, as follows:

A.    For the costs RID has incurred responding to the releases or threatened releases of hazardous substances from the facilities owned and/or operated or formerly owned and/or operated by the Defendants, with interest from the date of expenditure;

B.    Declaring each Defendant jointly and severally liable for all future costs RID will incur in responding to the releases or threatened releases of hazardous substances from the facilities owned and/or operated or formerly owned and/or operated by the Defendants;

C.    For RID's reasonable costs and attorneys' fees incurred as a result of having to bring this action; and

D.    For such other and further relief as the Court deems just and proper.

## COUNT TWO

### (Quasi Contract, Unjust Enrichment, Restitution)

145.    RID incorporates the allegations contained in paragraphs 1 through 144 herein by reference.

146.    The Defendants identified in Paragraphs 17 through 114 of this Complaint had and continue to have a duty under CERCLA, 42 U.S.C. §§ 9601, *et seq*., and under Federal and Arizona state common law to respond to the releases or threat of releases of hazardous substances from the facilities owned or formerly owned by the Defendants.

147.    RID has performed the duty of Defendants identified in Paragraphs 17 through 114 of this Complaint by supplying services immediately necessary to satisfy the requirement of public health and safety. Such services include, in addition to responding

to the release or threatened release of hazardous substances from the facility owned and/or operated or formerly owned and/or operated by the Defendants, the employment of attorneys and consultants for the purposes of negotiation with EPA and ADEQ with respect to the investigation, development, design, and implementation of effective response actions.

148.   RID's performance of services described in this Complaint has conferred benefits on and unjustly enriched the Defendants identified in Paragraphs 17 through 114 of this Complaint.

149.   The Defendants identified in Paragraphs 17 through 114 of this Complaint are individually and or jointly liable to RID for the value of benefits conferred on them by RID pursuant to Federal and Arizona state law.

WHEREFORE, RID requests entry of Judgment against each of the Defendants identified in Paragraphs 17 through 114 of this Complaint, as follows:

A.   For the value of services performed by RID;

B.   For a declaration that Defendants will be liable for services which may be provided by RID in the future;

C.   For RID's reasonable costs and attorneys' fees incurred as a result of having to bring this action; and

D.   For such other and further relief as the Court deems just and proper.

## **COUNT THREE**

### **(Nuisance)**

150.   RID incorporates the allegations contained in Paragraphs 1 through 149 herein by reference.

151.   As a result of their actions, the Defendants identified in Paragraphs 17 through 114 of this Complaint have caused an unreasonable invasion of, interference with, and impairment of RID's beneficial use and enjoyment of its wells, thereby causing RID

inconvenience, annoyance, impairment of use, interference with enjoyment, and other injury.  This unreasonable invasion of, interference with, and impairment of RID's beneficial use and enjoyment of its property continues to this day.

152.    The intentional conduct of the Defendants identified in Paragraphs 17 through 114 of this Complaint is injurious to health and interferes with the comfortable enjoyment of life or property by an entire community.

153.    The conduct of the Defendants identified in Paragraphs 17 through 114 of this Complaint constitutes both a public and private nuisance under Arizona state law. The nuisance and injuries caused thereby are substantial, tangible, continuing, and both temporary and permanent.  The continuation of such conduct threatens irreparable harm to RID's property.

154.    RID has suffered damages different in kind than that suffered by other members of the public.

WHEREFORE, RID requests entry of Judgment against each of the Defendants identified in Paragraphs 17 through 114 of this Complaint, as follows:

A.      For the amount of damages to RID and RID's property in an amount to be proven at trial;

B.      For a mandatory injunction directing Defendants to abate the nuisance;

C.      For RID's reasonable costs and attorneys' fees incurred as a result of having to bring this action; and

D.      For such other and further relief as the Court deems just and proper.

## COUNT FOUR

### (Trespass)

155.    RID incorporates the allegations contained in Paragraphs 1 through 154 herein by reference.

156.    The actions of the Defendants identified in Paragraphs 17 through 114 of

this Complaint have resulted and continue to result in the release of hazardous substances and have caused and will continue to cause an actual physical invasion of and interference with RID's property interests.  This actual and physical invasion of and interference with RID's property is ongoing and continues to this day.

157.    The Defendants identified in Paragraphs 17 through 114 of this Complaint have known that the hazardous substances deposited in RID's wells have resulted in or are substantially certain to result in an actual and physical invasion of or interference with RID's property interests, and thus have continued their intentional and/or negligent conduct.

158.    This actual and physical invasion of and interference with RID's wells has occurred and continues to occur without permission, authority, or consent from RID.  The presence of these hazardous substances constitutes a trespass under Arizona state law.

159.    The trespass and damages caused thereby are substantial, tangible, continuing, both temporary and permanent, and threaten irreparable harm to RID's wells.

160.    By reason of the foregoing conduct of the Defendants identified in Paragraphs 17 through 114 of this Complaint, RID is entitled to equitable relief, including, but not limited to, an injunction requiring Defendants to abate their dangerous conduct, remediate all contaminated properties, and to pay all costs associated with quantifying the amount of remediation.

WHEREFORE, RID requests entry of Judgment against each of the Defendants identified in Paragraphs 17 through 114 of this Complaint, as follows:

A.    For the amount of damages to RID property in an amount to be proven at trial;

B.    For a mandatory injunction directing Defendants to abate their dangerous conduct;

C.    For RID's reasonable costs and attorneys' fees incurred as a result of having

39

to bring this action; and

D.      For such other and further relief as the Court deems just and proper.

RESPECTFULLY SUBMITTED this 9th day of February, 2010.

GALLAGHER & KENNEDY, P.A.

By s/Bradley J. Glass
        2575 East Camelback Road
        Phoenix, Arizona 85016-9225
        *Attorneys for Plaintiff Roosevelt*
           *Irrigation District*

1

## **CERTIFICATE OF SERVICE**

2          Pursuant to Section 113(l) of CERCLA, 42 U.S.C. § 9613(l), RID has provided

3  copies of this Complaint to the Attorney General of the United States and to the

4  Administrator of the U.S. Environmental Protection Agency via overnight mail.

5                                                    GALLAGHER & KENNEDY, P.A.

6

7

8                                        By s/Joanne K. Powell
                                              2575 East Camelback Road
9                                              Phoenix, Arizona 85016-9225
                                              *Attorneys for Plaintiff Roosevelt*
10                                                *Irrigation District*

11

12

13

14

15

16

17   2356565/21982-0001

18

19

20

21

22

23

24

25

26

41