# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| ROOSEVELT IRRIGATION DISTRICT, a political subdivision of the State of Arizona,<br><br>Plaintiff,<br><br>v.<br><br>SALT RIVER PROJECT AGRICULTURAL IMPROVEMENT AND POWER DISTRICT, et al.,<br><br>Defendants. | Case No. CV-10-00290-PHX-ROS<br><br>**ORDER** |

The Court having considered Plaintiff's Motion to Extend Time for Service (Doc. 8), and good cause appearing,

IT IS ORDERED the Motion is GRANTED and Plaintiff shall have through and including August 9, 2010 to file and serve its First Amended Complaint.

IT IS FURTHER ORDERED striking Doc. 6 filed in error.

Dated this 26th day of May, 2010.

_____
Roslyn O. Silver
United States District Judge