IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| ROOSEVELT IRRIGATION DISTRICT, a political subdivision of the State of Arizona, | § § § § | NO 2:10-00290-PHX- DAE-BGM |
| Plaintiff, | § | |
| vs. | § § | |
| SALT RIVER PROJECT AGRICULTURAL IMPROVEMENT AND POWER DISTRICT, et al., | § § § § | |
| Defendants. | § | |

_____

<u>ORDER SETTING HEARING</u>

The Court hereby schedules a hearing on **Thursday, November 3, 2016 at 9:30 a.m.**, at the United States District Court for the District of Arizona, Sandra Day O'Connor U.S. Courthouse, 401 West Washington St., Phoenix, Arizona, in a Courtroom to be determined, on: (1) the Motion for Partial Summary Judgment Regarding Plaintiff's Claimed Past Costs, filed by Defendants Air Liquide America Specialty Gases, L.L.C., Arizona Public Service Company, ChemResearch Co., Inc., City of Phoenix, Corning Incorporated, Dolphin Incorporated, Freescale Semiconductor, Inc., Honeywell International, Inc., ITT Corporation, Kinder Morgan Energy Partners, LP, Maricopa County, Meritor, Inc., Nucor Corporation, Prudential Overall Supply, Reynolds Metals

Company, Salt River Project Agricultural Improvement and Power District, Textron

Inc., and Univar USA Inc. (Dkt. # 1110), and (2) Defendant Freescale

Semiconductor, Inc.'s Motion to Strike RID's Response to Objections (Dkt.

# 1153).

**IT IS SO ORDERED.**

**DATED**:  Phoenix, Arizona, June 21, 2016.

_____
David Alan Ezra
Senior United States Distict Judge