**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**
**CIVIL MINUTES**

Phoenix Division

 **CV 10-00290-PHX-DAE-BGM**              DATE: 2/28/2017
Year    Case No.

HON:  DAVID A. EZRA

Roosevelt Irrigation District v. Salt River Project Agricultural Improvement and Power District, et al.
Plaintiff                          Defendant(s)

Deputy Clerk: Kathy Lara              Court Reporter:  Laurie Adams

**APPEARANCES:**
**Attorneys for Plaintiff:**  Francis Balint
**Attorneys for Defendants:**  Shane Swindle, John Barkett, Christopher Thomas, Debra Carfora, Jerry Worsham, Ann Uglietta, Byron Lewis, Sean Morris, David Armstrong, Mitchell Klein, Josh Levine, Timothy Sabo, Matthew Rojas, Scott Ames, William Pearson, Stanley Lutz, Derek Petersen, Mike Berman, Stephen Wetherell, Troy Froderman

=========================================================================
**PROCEEDINGS**:  X  Open Court  _Chambers    _ SEALED

Motion hearing held.  Oral argument held regarding the following motions:

Defendants' Motion for Partial Summary Judgment Re: Plaintiff's Remaining Claimed Costs (Doc. 1315)
Defendants' Motion for Summary Judgment Re: NCP Compliance (Doc 1320)
Plaintiff's Cross-Motion for Partial Summary Judgment Re: NCP Compliance (Doc. 1330)

IT IS ORDERED taking these matters under advisement.  Written Orders to follow.

The Court will not require oral argument re: Plaintiff's Rule 56(e)(1) Motion to Supplement Record (Doc. 1369).
IT IS FURTHER ORDERED granting the motion.  Written Order to follow.

Other matters discussed.

Time in Court: 1 hr. 30 mins.
Hearing Held: 9:34 a.m. to 11:04 a.m.