William G. Fairbourn (003399)
Andrew S. Friedman (AZ 005425)
Francis J. Balint, Jr. (AZ 007669)
**BONNETT, FAIRBOURN,
FRIEDMAN & BALINT, P.C.**
2325 East Camelback Road, Suite 300
Phoenix, Arizona 85016
P: (602) 274-1100
F: (602) 274-1199
gfairbourn@bffb.com
afriedman@bffb.com
fbalint@bffb.com

*Attorneys for Plaintiff Roosevelt Irrigation District*

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Roosevelt Irrigation District, a political subdivision of the State of Arizona,<br><br>Plaintiff,<br><br>v.<br><br>Salt River Project Agricultural Improvement and Power District, et al.,<br><br>Defendants. | No. 2:10-CV-00290-PHX-DAE (BGM)<br><br>**JOINT STATUS REPORT AND REQUEST TO RESCHEDULE STATUS CONFERENCE** |

Plaintiff Roosevelt Irrigation District ("RID") and the Defendants listed on the signature pages (collectively, the "Parties") respectfully submit the following joint status report.

The Parties remain engaged in settlement discussions in an effort to reach a global resolution of all claims asserted in this action and various other matters. Certain of the parties engaged in an ongoing mediation before the Hon. Layn Phillips (Ret.) on September 11, 2017. Another mediation session is being scheduled to take place in Phoenix on October 9, 2017. In the meantime, RID and other parties are gathering information and responding to certain questions posed by those Defendants participating in the ongoing

1

mediation.

In light of the ongoing settlement negotiations, including the forthcoming mediation session, the Parties jointly request that the Court reschedule the status conference to October 31, 2017, or such other date close to that date as may be convenient to the Court, with the Parties again to file a joint status report one (1) week before the date of the rescheduled status conference.  The Parties are available to proceed with the currently scheduled status hearing on September 28, 2017, if the Court so desires.

RESPECTFULLY SUBMITTED this 21st day of September, 2017.

**BONNETT, FAIRBOURN, FRIEDMAN & BALINT, P.C.**

By: *s/ Andrew S. Friedman*
William G. Fairbourn
Andrew S. Friedman
Francis J. Balint, Jr.
2325 East Camelback Road, Suite 300
Phoenix, Arizona  85016

*Attorneys for Plaintiff Roosevelt Irrigation District*

2

**SALMON, LEWIS, & WELDON, P.L.C.**

By: s/ G. Van Velsor Wolf Jr.
    G. Van Velsor Wolf Jr.
    Michael K. Foy
    2850 East Camelback Road, Suite 200
    Phoenix, Arizona 85016

*Attorneys for Defendant Air Liquide America Specialty Gases, L.L.C.*

**SNELL & WILMER L.L.P.**

By: s/ Mitchell J. Klein
    Mitchell J. Klein
    J. Matthew Derstine
    Timothy J. Sabo
    400 East Van Buren Street, Suite 1900
    Phoenix, Arizona 85004

    Thomas Loquvam
    Pinnacle West Capital Corporation
    Post Office Box 53999 MS8695
    Phoenix, Arizona 85072-3999

*Attorneys for Defendant Arizona Public Service Company*

**PERKINS COIE LLP**

By: s/ Christopher D. Thomas
    Christopher D. Thomas
    Matthew L. Rojas
    2901 North Central Avenue, Suite 2000
    Phoenix, Arizona 85012-2788

    Stephen L. Wetherell
    Phoenix City Attorney's Office
    Civil Division
    200 West Washington Street, Suite 1300
    Phoenix, Arizona 85003-1611

*Attorneys for Defendant City of Phoenix*

**PERKINS COIE LLP**

By: s/ Michael P. Berman
   Shane R. Swindle
   Michael P. Berman
   P. Derek Petersen
   2901 North Central Avenue, Suite 2000
   Phoenix, Arizona 85012-2788

*Attorneys for Defendant Corning Incorporated*

**POLSINELLI PC**

By: s/ Troy B. Froderman
   Troy B. Froderman
   Jonathan G. Brinson
   One East Washington Street, Suite 1200
   Phoenix, Arizona 85004

   Mitchell J. Klein
   **SNELL & WILMER L.L.P.**
   400 East Van Buren St., Suite 1900
   Phoenix, Arizona 85004

*Attorneys for Defendant Dolphin Incorporated*

**SHOOK, HARDY & BACON LLP**

By: s/ John M. Barkett
   John M. Barkett
   Suite 3200
   201 South Biscayne Boulevard
   Miami, Florida 33131-4332

*Attorneys for Defendant Freescale Semiconductor, Inc.*

**JENNINGS, HAUG & CUNNINGHAM LLP**

By: s/ Karen S. Gaylord
  Karen S. Gaylord
  2800 North Central Avenue, Suite 1800
  Phoenix, Arizona 85004-1049

  Sean Morris (*Pro Hac Vice*)
  Sean A. McCormick (*Pro Hac Vice*)
  **ARNOLD & PORTER KAYE SCHOLER LLP**
  777 South Figueroa Street, 44th Floor
  Los Angeles, California 90017-5844

*Attorneys for Defendant Honeywell*

**SNELL & WILMER L.L.P.**

By: s/ Mitchell J. Klein
  Mitchell J. Klein
  Maribeth M. Klein
  400 East Van Buren Street, Suite 1900
  Phoenix, Arizona 85004-2202

*Attorneys for Defendant ITT Corporation*

**FENNEMORE CRAIG PC**

By: s/ Scott K. Ames
  John M. Pearce
  Scott K. Ames
  2394 East Camelback Road, Suite 600
  Phoenix, Arizona 85016-3429

*Attorneys for Defendant Kinder Morgan Energy Partners, LP*

**WILLIAM G. MONTGOMERY**
**MARICOPA COUNTY ATTORNEY**

By: s/ Ann Thompson Uglietta
  Ann Thompson Uglietta
  J. Kenneth Mangum
  Deputy County Attorneys
  Civil Services Division
  222 North Central Avenue, Suite 1100
  Phoenix, Arizona 85004

*Attorneys for Defendant Maricopa County*

**THE CAVANAGH LAW FIRM, P.A.**

By: s/ Jerry D. Worsham II
    Jerry D. Worsham II
    1850 North Central Avenue, Suite 2400
    Phoenix, Arizona 85004

*Attorneys for Defendant Meritor, Inc.*

**FENNEMORE CRAIG PC**

By: s/ Scott K. Ames
    Christopher L. Callahan
    Phillip F. Fargotstein
    Scott K. Ames
    2394 East Camelback Road, Suite 600
    Phoenix, Arizona 85016-3429

*Attorneys for Defendant Nucor Corporation*

**LEWIS ROCA ROTHGERBER LLP**

By: s/ Stanley B. Lutz
    Carla A. Consoli
    Stanley B. Lutz
    Marla Hudgens
    201 East Washington Street, Suite 1200
    Phoenix, Arizona 85004-2595

*Attorneys for Defendant Prudential Overall Supply*

**K&L GATES, LLP**

By: s/ Matthew G. Ball
    Matthew G. Ball
    Jason N. Haycock
    Four Embarcadero Center, Suite 1200
    San Francisco, California 94111

*Attorneys for Defendant Reynolds Metals Company*

**BALLARD SPAHR LLP**

By: s/ David J. Armstrong
    David J. Armstrong
    Craig C. Hoffman
    Lea A. Phillips
    1 East Washington Street, Suite 2300
    Phoenix, Arizona 85004-2555

*Attorneys for Defendant Salt River Project Agricultural Improvement and Power District*

**BOOTH LLP**

By: s/ Joshua Levine
    Joshua Levine
    1849 Sawtelle Boulevard, Suite 500
    Los Angeles, California 90025

*Attorneys for Defendant Textron, Inc.*

**PEARSON LAW GROUP LLC**

By: s/ William W. Pearson
    William W. Pearson
    9375 East Shea Blvd., Suite 100
    Scottsdale, Arizona 85260

*Attorneys for Defendant Union Pacific Railroad Company*

**VERIS LAW GROUP PLLC**

By: s/ Michelle Rosenthal
    Michelle U. Rosenthal
    Gregory T. Hixson
    Denver R. Gant
    1809 Seventh Avenue, Suite 1400
    Seattle, Washington 98101

*Attorneys for Defendant Univar USA Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the foregoing document filed through the ECF system on September 21, 2017, will be electronically sent to the registered participants as identified on the Notice of Electronic Filing.

Dated: September 21, 2017.

                                         */s/Trish Roman-Aquilino*
                                         An Employee of Bonnett Fairbourn
                                         Friedman & Balint, PC