William G. Fairbourn (AZ 003399)
Andrew S. Friedman (AZ 005425)
Francis J. Balint, Jr. (AZ 007669)
**BONNETT, FAIRBOURN,**
**FRIEDMAN & BALINT, P.C.**
2325 East Camelback Road, Suite 300
Phoenix, Arizona 85016
P: (602) 274-1100
F: (602) 274-1199
gfairbourn@bffb.com
afriedman@bffb.com
fbalint@bffb.com

*Attorneys for Plaintiff Roosevelt Irrigation District*

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Roosevelt Irrigation District, a political subdivision of the State of Arizona,<br><br>Plaintiff,<br><br>v.<br><br>Salt River Project Agricultural Improvement and Power District, et al.,<br><br>Defendants. | No. 2:10-CV-00290-PHX-DAE (BGM)<br><br>**JOINT REPORT REGARDING PRIVILEGE LOG ISSUES AND REQUEST FOR ENTRY OF AGREED-UPON ORDER** |

Plaintiff Roosevelt Irrigation District ("RID") and Defendants (collectively, the "Parties") respectfully submit the following joint report in accordance with the Court's Order dated January 16, 2018. [Doc. 1492]. After extensive consultation among counsel, the Parties have agreed[1] on the form, content and timing of their respective privilege logs

---

[1] While Defendant United States Department of Energy ("U.S. DOE") has not made any privilege objections and did not participate in the agreement regarding privilege logs, U.S. DOE does not object to the agreement reached by the other parties. U.S. DOE further notes that it objected that certain subject matter of Plaintiff's document requests were overly broad and not relevant to this litigation. Plaintiff has not challenged those objections.

1

and a procedure for the Parties' to confer on the production of supplemental information after service of the initial logs.  Specifically, the Parties agree, subject to Court approval, that: (1) certain defined categories of documents (such as communications between the Parties and their respective counsel) will be exempt from logging; (2) the Parties will serve privilege logs on or before February 9, 2018 (with respect to document requests served prior to November 9, 2017) identifying the number of documents, the nature of the privilege or protection claimed and the identity of authors and recipients for withheld documents falling within thirteen categories; and (3) the Parties reserve the right to request additional information concerning any documents withheld on attorney-client or work product grounds following their respective initial disclosures.

Attached hereto as **Exhibit 1** is a proposed form of order, together with the exhibit thereto, describing the categories of documents exempt from logging, attaching a template for the Parties' categorical logs and setting forth the other specific terms to which the Parties have agreed.  The Parties respectfully request the Court to enter the attached agreed-upon order if it meets with the Court's approval.

RESPECTFULLY SUBMITTED this 19th day of January, 2018.

**BONNETT, FAIRBOURN, FRIEDMAN & BALINT, P.C.**

By: s/ Andrew S. Friedman
William G. Fairbourn
Andrew S. Friedman
Francis J. Balint, Jr.
H. Sullivan Bunch
2325 East Camelback Road, Suite 300
Phoenix, Arizona  85016

*Attorneys for Plaintiff Roosevelt Irrigation District*

**SALMON, LEWIS, & WELDON, P.L.C.**

By: s/ G. Van Velsor Wolf Jr.
    G. Van Velsor Wolf Jr.
    Michael K. Foy
    2850 East Camelback Road, Suite 200
    Phoenix, Arizona 85016

*Attorneys for Defendant Air Liquide America Specialty Gases, L.L.C.*

**SNELL & WILMER L.L.P.**

By: s/ Mitchell J. Klein
    Mitchell J. Klein
    J. Matthew Derstine
    Timothy J. Sabo
    400 East Van Buren Street, Suite 1900
    Phoenix, Arizona 85004

    Thomas Loquvam
    Pinnacle West Capital Corporation
    Post Office Box 53999 MS8695
    Phoenix, Arizona 85072-3999

*Attorneys for Defendant Arizona Public Service Company*

**PERKINS COIE LLP**

By: s/ Christopher D. Thomas
    Christopher D. Thomas
    Matthew L. Rojas
    2901 North Central Avenue, Suite 2000
    Phoenix, Arizona 85012-2788

    Stephen L. Wetherell
    Phoenix City Attorney's Office
    Civil Division
    200 West Washington Street, Suite 1300
    Phoenix, Arizona 85003-1611

*Attorneys for Defendant City of Phoenix*

3

**PERKINS COIE LLP**

By: s/ Michael P. Berman
　　Shane R. Swindle
　　Michael P. Berman
　　P. Derek Petersen
　　2901 North Central Avenue, Suite 2000
　　Phoenix, Arizona  85012-2788

*Attorneys for Defendant Corning Incorporated*

**POLSINELLI PC**

By: s/ Jonathan G. Brinson
　　Jonathan G. Brinson
　　Anthony Merrill
　　One East Washington Street, Suite 1200
　　Phoenix, Arizona 85004

　　Mitchell J. Klein
　　**SNELL & WILMER L.L.P.**
　　400 East Van Buren St., Suite 1900
　　Phoenix, Arizona 85004

*Attorneys for Defendant Dolphin Incorporated*

**SHOOK, HARDY & BACON LLP**

By: s/ John M. Barkett
　　John M. Barkett
　　Suite 3200
　　201 South Biscayne Boulevard
　　Miami, Florida 33131-4332

*Attorneys for Defendant Freescale Semiconductor, Inc.*

4

**JENNINGS, HAUG & CUNNINGHAM LLP**

By: s/ Karen S. Gaylord
    Karen S. Gaylord
    2800 North Central Avenue, Suite 1800
    Phoenix, Arizona 85004-1049

    Sean Morris (*Pro Hac Vice*)
    Sean A. McCormick (*Pro Hac Vice*)
    **ARNOLD & PORTER KAYE**
      **SCHOLER LLP**
    777 South Figueroa Street, 44th Floor
    Los Angeles, California 90017-5844

*Attorneys for Defendant Honeywell*

**SNELL & WILMER L.L.P.**

By: s/ Mitchell J. Klein
    Mitchell J. Klein
    Maribeth M. Klein
    400 East Van Buren Street, Suite 1900
    Phoenix, Arizona 85004-2202

*Attorneys for Defendant ITT Corporation*

**FENNEMORE CRAIG PC**

By: s/ Scott K. Ames
    John M. Pearce
    Scott K. Ames
    2394 East Camelback Road, Suite 600
    Phoenix, Arizona 85016-3429

*Attorneys for Defendant Kinder Morgan Energy Partners, LP*

**WILLIAM G. MONTGOMERY**
**MARICOPA COUNTY ATTORNEY**


By: s/ Ann Thompson Uglietta
    Ann Thompson Uglietta
    J. Kenneth Mangum
    Deputy County Attorneys
    Civil Services Division
    222 North Central Avenue, Suite 1100
    Phoenix, Arizona 85004

*Attorneys for Defendant Maricopa County*

**THE CAVANAGH LAW FIRM, P.A.**


By: s/ Jerry D. Worsham II
    Jerry D. Worsham II
    1850 North Central Avenue, Suite 2400
    Phoenix, Arizona 85004

*Attorneys for Defendant Meritor, Inc.*

**FENNEMORE CRAIG PC**


By: s/ Scott K. Ames
    Christopher L. Callahan
    Phillip F. Fargotstein
    Scott K. Ames
    2394 East Camelback Road, Suite 600
    Phoenix, Arizona 85016-3429

*Attorneys for Defendant Nucor Corporation*

**LEWIS ROCA ROTHGERBER LLP**

By: s/ Stanley B. Lutz
   Carla A. Consoli
   Stanley B. Lutz
   Marla Hudgens
   201 East Washington Street, Suite 1200
   Phoenix, Arizona 85004-2595

*Attorneys for Defendant Prudential Overall Supply*

**TATRO TEKOSKY SADWICK LLP**

By: s/ Rene P. Tatro
   Rene P. Tatro
   David B. Sadwick
   Juliet A. Markowitz
   333 South Grand Ave., Suite 4270
   Los Angeles, California 90071

*Attorneys for Defendant Reynolds Metals Company*

**BALLARD SPAHR LLP**

By: s/ David J. Armstrong
   David J. Armstrong
   Craig C. Hoffman
   Lea A. Phillips
   1 East Washington Street, Suite 2300
   Phoenix, Arizona 85004-2555

*Attorneys for Defendant Salt River Project Agricultural Improvement and Power District*

7

**BOOTH LLP**

By: s/ Joshua Levine
    Joshua Levine
    1849 Sawtelle Boulevard, Suite 500
    Los Angeles, California 90025

*Attorneys for Defendant Textron, Inc.*

**PEARSON LAW GROUP LLC**

By: s/ William W. Pearson
    William W. Pearson
    9375 East Shea Blvd., Suite 100
    Scottsdale, Arizona 85260

*Attorneys for Defendant Union Pacific Railroad Company*

**JEFFREY H. WOOD**
Acting Assistant Attorney General
Environment & Natural Resources Division

By: s/ Samara M. Spence
    C. Scott Spear
    Samara M. Spence
    Debra Carfora
    United States Department of Justice
    Environment & Natural Resources Division
    P.O. Box 7611
    Washington, D.C. 20044-7611

*Attorneys for Defendant United States Department of Energy*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**VERIS LAW GROUP PLLC**

By: s/ Michelle Rosenthal
 Michelle U. Rosenthal
 Gregory T. Hixson
 Denver R. Gant
 1809 Seventh Avenue, Suite 1400
 Seattle, Washington 98101

*Attorneys for Defendant Univar USA Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the foregoing document filed through the ECF system on January 19, 2018, will be electronically sent to the registered participants as identified on the Notice of Electronic Filing.

Dated: January 19, 2018.

> /s/ Kimberly C. Page
> Bonnett Fairbourn Friedman & Balint, PC