G. Van Velsor Wolf Jr. (#007530)
Michael K. Foy (#032736)
**Salmon, Lewis & Weldon, PLC**
2850 East Camelback Road, Suite 200
Phoenix, Arizona 85016
Telephone: (602) 801.9060
Facsimile: (602) 801.9070
vvw@slwplc.com
mkf@slwplc.com
*Attorneys for Defendant Air Liquide America Specialty Gases, LLC*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| ROOSEVELT IRRIGATION DISTRICT, a political subdivision of the State of Arizona,<br><br>Plaintiff,<br><br>v.<br><br>SALT RIVER PROJECT AGRICULTURAL IMPROVEMENT AND POWER DISTRICT, a political subdivision of the State of Arizona, et al.,<br><br>Defendants. | NO. CV2010-00290-DAE (BGM)<br><br>**AIR LIQUIDE AMERICA SPECIALTY GASES, LLC'S FIRST AMENDED CORPORATE DISCLOSURE STATEMENT**<br><br>(Assigned to the Honorable David A. Ezra and the Honorable Bruce G. Macdonald) |

This First Amended Corporate Disclosure Statement is filed on behalf of Defendant Air Liquide America Specialty Gases, LLC ("ALASG") in compliance with the provisions of:

*(check one)*

   X   Rule 7.1, Federal Rules of Civil Procedure, a nongovernmental corporate party to an action in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

\_\_\_\_ Rule 12.4(a)(1), Federal Rule of Criminal Procedure, any nongovernmental corporate party to a proceeding in a district court must file a statement that identifies

1

any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

\_\_\_\_ Rule 12.4(a)(2), Federal Rule of Criminal Procedure, if an organizational victim of alleged criminal activity is a corporation the government must file a statement identifying the victim and the statement must also disclose the information required by Rule 12.4(a)(1).

**The filing party hereby declares as follows:**

\_\_\_\_ No such corporation.

\_\_\_\_ Party is a parent, subsidiary or other affiliate of a publicly owned corporation as listed below. *(Attach additional pages if needed.)*

\_\_\_\_ Publicly held corporation, not a party to the case, with a financial interest in the outcome. *List identity of corporation and the nature of financial interest. (Attach additional pages if needed.)*

  X    Other  *(please explain)*

**ALASG no longer exists as a legal entity.  Effective October 3, 2016, ALASG was merged into Airgas USA, LLC.  Airgas USA, LLC is a wholly-owned subsidiary of Airgas, Inc.  Airgas, Inc. is not a publicly owned corporation.  However, Airgas, Inc. is a wholly-owned indirect subsidiary of L'Air Liquide S.A., which is a publicly owned corporation.**

**A supplemental disclosure statement will be filed upon any change in the information provided herein**.

DATED this 25th day of January, 2018.

SALMON, LEWIS & WELDON, PLC


 /s/  G. Van Velsor Wolf Jr.
G. Van Velsor Wolf Jr.
Michael K. Foy
2850 East Camelback Road, Suite 200
Phoenix, Arizona  85016
*Attorneys for Defendant Air Liquide America Specialty Gases, LLC.*

2

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document filed through the ECF system on January 25th, 2018, will be electronically sent to the registered participants as identified on the Notice of Electronic Filing, and paper copies will be mailed to the following, who is not a registered participant:

Walker Power Systems, Inc.
Attn: Jeffrey R. Conover
Its: Vice President & Controller
1301 East Jackson Street
Phoenix, AZ 85034

/s/ Nicole Villa
Nicole Villa

Salmon, Lewis & Weldon, P.L.C.
2850 E. Camelback Road, Suite 200
Phoenix, Arizona 85016