Stephen L. Wetherell (Bar No. 15353)
Assistant Chief Counsel, Natural Resources
CITY OF PHOENIX
200 West Washington, Room 1300
Phoenix, Arizona  85003-1611
Telephone:  (602) 262-4565
Facsimile:  (602) 534-2476
Stephen.Wetherell@phoenix.gov

Christopher D. Thomas (Bar No. 010482)
Matthew L. Rojas (Bar No. 025030)
Andrea J. Driggs (Bar No. 023633)
Barry G. Stratford (Bar No. 029923)
PERKINS COIE LLP
2901 North Central Avenue, Suite 2000
Phoenix, Arizona  85012-2788
Telephone:  602.351.8000
Facsimile:  602.648.7000
DocketPHX@perkinscoie.com
CThomas@perkinscoie.com
MRojas@perkinscoie.com
ADriggs@perkinscoie.com
BStratford@perkinscoie.com

*Attorneys for Defendant City of Phoenix*

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Roosevelt Irrigation District, a political subdivision of the State of Arizona,<br><br>Plaintiff,<br><br>v.<br><br>Salt River Project Agricultural Improvement and Power District, et al.,<br><br>Defendants. | No. 2:10-CV-00290-PHX-DAE-BGM<br><br>**PARTIES' MEDIATION STATUS UPDATE** |

Mediation was conducted in this matter on March 7, 2018 with David Damron. Prior to the mediation, Roosevelt Irrigation District ("RID") and defendants in *Roosevelt Irrigation District v. Salt River Project Agricultural Improvement and Power District, et. al.*, No. CV-10-00290-DAE (BGM) reached a tentative agreement to resolve RID's

1  claims as specified in a settlement agreement among the parties, making RID's

2  participation unnecessary. That agreement has been reduced to writing and is being

3  circulated for signature, but still subject to final approval of RID's board and certain

4  defendants including the United States. When consummated, the settlement will finally

5  resolve and result in dismissal with prejudice of the RID CERCLA action.

6       The mediation did not produce any further agreements. The participants included

7  counsel for all defendants except for Milum Textile, in addition to Gallagher & Kennedy

8  and the principals of Synergy Environmental. Neither Spinnaker Holdings nor its counsel

9  attended. At the direction of Spinnaker's counsel, the mediator instead spoke by telephone

10 with Spinnaker's principal.

1  DATED: March 16, 2018

**PERKINS COIE LLP**

2

3  By: s/ Christopher D. Thomas
         Christopher D. Thomas
4         Matthew L. Rojas
         Andrea J. Driggs
5         Barry G. Stratford
         2901 North Central Avenue, Suite 2000
6         Phoenix, Arizona  85012-2788

7  Stephen L. Wetherell
   Assistant Chief Counsel, Natural Resources
8  CITY OF PHOENIX
   200 West Washington, Room 1300
9  Phoenix, Arizona  85003-1611

10  *Attorneys for City of Phoenix*

**BONNETT FAIRBOURN FRIEDMAN &**
11  **BALINT PC**

12
   By: s/ Andrew S. Friedman (w/permission)
13        Jerry C. Bonnett
         Andrew S. Friedman
14        Francis J. Balint, Jr.
         Andrew Q. Everroad
15        Andrew M. Evans
         2325 East Camelback Road, Suite 300
16        Phoenix, Arizona  85016

17  *Attorneys for Plaintiff Roosevelt Irrigation*
   *District*
18

19  **FENNEMORE CRAIG PC**

20  By: s/ Phillip F. Fargotstein (w/permission)
         Phillip F. Fargotstein
21        Christopher L. Callahan
         Scott K. Ames
22        2394 East Camelback Road, Suite 600
         Phoenix, Arizona 85016-3429
23
   *Attorneys for Nucor Corporation*
24

25

26

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**BALLARD SPAHR LLP**

By: s/ David J. Armstrong (w/permission)
    David J. Armstrong
    Craig C. Hoffman
    Lea A. Phillips
    One East Washington Street, Suite 2300
    Phoenix, Arizona 85004-2555

*Attorneys for Salt River Project Agricultural*
*Improvement and Power District*

**SHOOK HARDY & BACON LLP**

By: s/ John M. Barkett (w/permission)
    John M. Barkett
    Sergio E. Pagliery
    201 South Biscayne Blvd., Suite 3200
    Miami, Florida 33131-4332

*Attorneys for Freescale Semiconductor Inc.*

**TATRO TEKOSKY SADWICK LLP**

By: s/ René P. Tatro (w/permission)
    René P. Tatro
    David B. Sadwick
    Juliet A. Markowitz
    333 South Grand Avenue, Suite 4270
    Los Angeles, California 90071

*Attorneys for Reynolds Metal Company*

**THOMPSON HINE LLP**

By: s/ Heidi B. Friedman (w/permission)
    Heidi B. Friedman
    Tasha N. Miracle
    3900 Key Center
    127 Public Square
    Cleveland, Ohio 44114-1216

*Attorneys for Meritor, Inc.*

1

2

**ARNOLD & PORTER KAYE SCHOLER LLP**

3

By: s/ Sean Morris (w/permission)
    Sean Morris

4

    Sean A. McCormick
    777 South Figueroa Street, Suite 4400

5

    Los Angeles, California 90017-5844

6

*Attorneys for Honeywell International Inc.*

7

**MARICOPA COUNTY ATTORNEY'S OFFICE**

8

9

By: s/ J. Kenneth Mangum (w/permission)
    J. Kenneth Mangum

10

    Ann Thompson Uglietta
    Deputy County Attorneys

11

    Civil Services Division
    222 North Central Avenue, Suite 1100

12

    Phoenix, Arizona 85004

13

*Attorneys for Maricopa County*

14

**THE CAVANAGH LAW FIRM, P.A.**

15

16

By: s/ Jerry D. Worsham II (w/permission)
    Jerry D. Worsham II

17

    1850 North Central Avenue, Suite 2400
    Phoenix, Arizona 85004

18

*Attorneys for Meritor, Inc.*

19

**JENNINGS HAUG & CUNNINGHAM, LLP**

20

21

By: s/ Karen S. Gaylord (w/permission)

22

    Karen S. Gaylord
    Ronie P. Hawks

23

    2800 North Central Avenue, Suite 1800
    Phoenix, Arizona 85004-1049

24

25

*Attorneys for Honeywell International, Inc.*

26

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**BOOTH LLP**

By: s/ Joshua N. Levine (w/permission)
    Joshua N. Levine
    Ian P. Culver
    Emily J. Atherton
    Derek T. Lawson
    1849 Sawtelle Boulevard, Suite 500
    Los Angeles, California 90025

*Attorneys for Textron Inc.*

**VERIS LAW GROUP PLLC**

By: s/ Michelle U. Rosenthal (w/permission)
    Michelle U. Rosenthal
    Gregory T. Hixson
    Denver R. Gant
    1809 7th Avenue, Suite 1400
    Seattle, Washington 98101

*Attorneys for Univar USA Inc.*

**UNITED STATES DEPARTMENT OF JUSTICE**

By: s/ C. Scott Spear (w/permission)
    C. Scott Spear
    Samara M. Spence
    Debra J. Carfora
    Environmental Defense Section
    Post Office Box 7611
    Washington, DC 20044

*Attorneys for the United States Department of Energy*

**FENNEMORE CRAIG PC**

By: s/ Christopher L. Callahan (w/permission)
    Christopher L. Callahan
    Scott K. Ames
    John M. Pearce
    2394 East Camelback Road, Suite 600
    Phoenix, Arizona 85016-3429

*Attorneys for Kinder Morgan Energy Partners, LP*

**LEWIS ROCA ROTHGERBER CHRISTIE LLP**

By: s/ Carla A. Consoli (w/permission)
    Carla A. Consoli
    Stanley B. Lutz
    Marla J. Hudgens
    201 East Washington Street, Suite 1200
    Phoenix, Arizona 85004-2595

*Attorneys for Prudential Overall Supply*

**SALMON LEWIS & WELDON PLC**

By: s/ G. Van Velsor Wolf, Jr. (w/permission)
    G. Van Velsor Wolf, Jr.
    Michael K. Foy
    2850 East Camelback Road, Suite 200
    Phoenix, Arizona 85016-4316

*Attorneys for Air Liquide America Specialty Gases, LP*

**PERKINS COIE LLP**

By: s/ Shane R. Swindle (w/permission)
    Shane R. Swindle
    Michael P. Berman
    P. Derek Petersen
    Katherine E. May
    2901 North Central Avenue, Suite 2000
    Phoenix, Arizona 85012-2788

*Attorneys for Defendant Corning Incorporated*

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**SNELL & WILMER, LLP**

By: s/ Mitchell J. Klein (w/permission)
    Mitchell J. Klein
    Maribeth M. Klein
    One Arizona Center
    400 East Van Buren, Suite 1900
    Phoenix, Arizona 85004-2202

*Attorneys for ITT, Inc.*

**PEARSON LAW GROUP LLC**

By: s/ William W. Pearson (w/permission)
    William W. Pearson
    9375 East Shea Blvd., Suite 100
    Scottsdale, Arizona 85260

*Attorneys for Union Pacific Railroad
Company*

**STEPTOE & JOHNSON LLP**

By: s/ Karl M. Tilleman (w/permission)
    Karl M. Tilleman
    Kimberly Allen
    201 East Washington Street, Suite 1600
    Phoenix, Arizona  85004-2382

*Attorneys for Defendant Union Oil Company
of California*

**STOOPS, DENIOUS, WILSON &
MURRAY, P.L.C.**

By: s/ Thomas A. Stoops (w/permission)
    Thomas A. Stoops
    350 East Virginia Avenue, Suite 100
    Phoenix, Arizona  85004-1216

*Attorneys for Defendant Union Oil Company
of California*

1

2

**PINNACLE WEST CAPITAL
CORPORATION**

3

By: s/ Thomas Loquvam (w/permission)

4

    Thomas Loquvam
    Jeffrey Allmon
    400 North 5th Street, MS8695
    Phoenix, Arizona  85004

5

6

*Attorneys for Arizona Public Service Company*

7

**POLSINELLI PC**

8

By: s/ Jonathan G. Brinson (w/permission)

9

    Jonathan G. Brinson
    Anthony W. Merrill
    One East Washington Street, Suite 1200
    Phoenix, Arizona  85004

10

11

12

*Attorneys for Dolphin, Inc.*

13

**BAKER BOTTS LLP**

14

By: s/ Molly Cagle (w/permission)

15

    Molly Cagle
    Kevin E. Vickers
    Paulina Williams
    98 San Jacinto Boulevard, Suite 1500
    Austin, Texas  78701

16

17

*Attorneys for Arizona Public Service Company*

18

19

**SNELL & WILMER LLP**

20

By: s/ Mitchell J. Klein (w/permission)

21

    Mitchell J. Klein
    J. Matthew Derstine
    Timothy J. Sabo
    One Arizona Center
    400 East Van Buren
    Phoenix, Arizona  85004-2202

22

23

24

*Attorneys for Arizona Public Service Company*

25

26

27

28

1

**CERTIFICATE OF SERVICE**

2     ☒     I hereby certify that on March 16, 2018, I electronically transmitted the

3 attached document to the Clerk's Office using the CM/ECF System for filing and

4 transmittal of a Notice of Electronic Filing to all CM/ECF registrants.

5     ☒     I hereby certify that on March 16, 2018, I served the attached document by

6 FIRST CLASS MAIL on the following, who are not registered participants of the

7 CM/ECF System:

8

9

10

> Walker Power Systems, Inc.
> Attn:  Jeffrey R. Conover
> 1301 East Jackson Street
> Phoenix, Arizona  85034

11                  s/ Janet Roe

139054149.1

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28