Andrew S. Friedman (Bar No. 005425)
Francis J. Balint, Jr. (Bar No. 007669)
Andrew Q. Everroad (Bar No. 016477)
**BONNETT FAIRBOURN FRIEDMAN &**
**BALINT PC**
2325 East Camelback Road, Suite 300
Phoenix, Arizona 85016
Telephone:  602.274-1100
Facsimile:   602.274-1199
Email:       afriedman@bffb.com
             fbalint@bffb.com
             aeverroad@bffb.com

Attorneys for Plaintiff
Roosevelt Irrigation District

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Roosevelt Irrigation District, a political subdivision of the State of Arizona,<br><br>Plaintiff,<br><br>v.<br><br>Salt River Project Agricultural Improvement and Power District, et al.,<br><br>Defendants. | No. 2:10-CV-00290-PHX-DAE-BGM<br><br><br>**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Roosevelt Irrigation District, a political subdivision of the State of Arizona ("RID"), and all remaining Defendants[1] who have appeared in the above-captioned action (collectively, "Settling Parties" and individually, "Settling Party"), by and through their respective counsel, stipulate and agree as follows:

---

[1] Three Defendants named in RID's Third Amended Complaint (Dkt. 789, dated 5/6/14) (the "TAC") have previously been dismissed, as follows:  Semiray Inspection Services, Inc. by Order dated 8/19/14 (Dkt. 849); Union Oil Company of California, by Order dated 5/13/16 (Dkt. 1295); and ChemResearch Co., Inc., by Order dated 11/15/17 (Dkt. 1434). Two other Defendants named in the TAC have not appeared in this action, as follows: American Linen Supply Company; and Romic Environmental Technologies Corporation. And one other Defendant named in the TAC, Walker Power Systems, Inc., has attempted to appear, but only on a *pro per* basis, and not through any counsel.

(i)     The above-captioned action, including any and all claims, counterclaims, cross-claims, and requests for relief brought by the Settling Parties, are hereby dismissed with prejudice.

(ii)    Defendants further stipulate that the dismissal with prejudice of the cross-claims is not intended to have, and shall not be deemed to have, any evidentiary or preclusive effect with respect to any Defendant's right or ability to assert a claim against any other Defendant for contribution related to any response costs sought in any other litigation against any Defendant.

(iii)   Each Settling Party shall bear its own costs and attorney's fees incurred in this action.

(iv)    A proposed form of Order is submitted herewith.

Dated: April 11, 2018

**BONNETT FAIRBOURN FRIEDMAN & BALINT PC**

By: s/ Andrew S. Friedman
    Andrew S. Friedman
    Francis J. Balint, Jr.
    Andrew Q. Everroad
    2325 East Camelback Road, Suite 300
    Phoenix, Arizona 85016

Attorneys for Plaintiff Roosevelt Irrigation District

**JEFFREY H. WOOD**
**Acting Assistant Attorney General**
**Environmental & Natural Resources**
**Division - US Department of Justice**

**SALMON LEWIS & WELDON PLC**

By: s/ C. Scott Spear
    C. Scott Spear
    Samara M. Spence
    Debra J. Carfora
    Post Office Box 7611
    Washington, DC 20044

Attorneys for Defendant U.S. Department of Energy

By: s/ G. Van Velsor Wolf, Jr.
    G. Van Velsor Wolf, Jr.
    Michael K. Foy
    2850 East Camelback Road, Suite 200
    Phoenix, Arizona 85016-4316

Attorneys for Defendant Air Liquide American Specialty Gases, LP

**BAKER BOTTS LLP**

By: s/ Molly Cagle
    Molly Cagle
    Kevin E. Vickers
    Paulina Williams
    Baker Botts LLP
    98 San Jacinto Boulevard, Suite 1500
    Austin, Texas 78701

Attorneys for Defendant Arizona Public
Service Company

**PHOENIX CITY ATTORNEY'S
OFFICE CIVIL DIVISION**

By: s/ Stephen L. Wetherell
    Stephen L. Wetherell
    200 West Washington Street
    Suite 1300
    Phoenix, Arizona 85003-1611

Attorneys for Defendant City of Phoenix

**PERKINS COIE LLP**

By: s/ Shane R. Swindle
    Shane R. Swindle
    Michael P. Berman
    P. Derek Petersen
    Katherine E. May
    2901 North Central Avenue
    Suite 2000
    Phoenix, Arizona 85012-2788

Attorneys for Defendant Corning
Incorporated

**POLSINELLI PC**

By: s/ Jonathan G. Brinson
    Jonathan G. Brinson
    Anthony W. Merrill
    1 East Washington Street, Suite 1200
    Phoenix, Arizona 85004

Attorneys for Defendant Dolphin
Incorporated

**SNELL & WILMER LLP**

By: s/ Mitchell J. Klein
    Mitchell J. Klein
    J. Matthew Derstine
    Timothy J. Sabo
    Farris J. Gillman
    400 East Van Buren Street, Suite 1900
    Phoenix, Arizona 85004-2202

Attorneys for Defendant Arizona Public
Service Company

**PERKINS COIE LLP**

By: s/ Christopher D. Thomas
    Christopher D. Thomas
    Matthew L. Rojas
    Andrea Driggs
    Barry Stratford
    2901 North Central Avenue
    Suite 2000
    Phoenix, Arizona 85012-2788

Attorneys for Defendant City of Phoenix

**SHOOK HARDY & BACON LLP**

By: s/ John M. Barkett
    John M. Barkett
    Sergio E. Pagliery
    201 South Biscayne Blvd., Suite 3200
    Miami, Florida 33131-4332

Attorneys for Defendant Freescale
Semiconductor Inc.

**SNELL & WILMER LLP**

By: s/ Mitchell J. Klein
    Mitchell J. Klein
    John D. Burnside
    400 East Van Buren Street, Suite 1900
    Phoenix, Arizona 85004-2202

Attorneys for Defendant Dolphin
Incorporated

**ARNOLD & PORTER KAYE SCHOLER LLP**

By: s/ Sean Morris
    Sean Morris
    Sean A. McCormick
    777 South Figueroa Street, Suite 4400
    Los Angeles, California 90017-5844

Attorneys for Defendant Honeywell International Inc.

**SNELL & WILMER, LLP**

By: s/ Mitchell J. Klein
    Mitchell J. Klein
    Maribeth M. Klein
    One Arizona Center
    400 East Van Buren, Suite 1900
    Phoenix, Arizona 85004-2202

Attorneys for Defendant ITT, Inc.

**MARICOPA COUNTY ATTORNEY'S OFFICE CIVIL SERVICES DIVISION**

By: s/ Ann Thompson Uglietta
    J. Kenneth Mangum
    Ann Thompson Uglietta
    Deputy County Attorneys
    222 North Central Avenue, Suite 1100
    Phoenix, Arizona 85004

Attorneys for Defendant Maricopa County

**THE CAVANAGH LAW FIRM, P.A.**

By: s/ Jerry D. Worsham II
    Jerry D. Worsham II
    1850 North Central Avenue
    Suite 2400
    Phoenix, Arizona 85004

Attorneys for Defendant Meritor, Inc.

**JENNINGS HAUG & CUNNINGHAM, LLP**

By: s/ Karen S. Gaylord
    Karen S. Gaylord
    Ronie P. Hawks
    2800 North Central Avenue, Suite 1800
    Phoenix, Arizona 85004-1049

Attorneys for Defendant Honeywell International Inc.

**FENNEMORE CRAIG PC**

By: s/ Christopher L. Callahan
    Christopher L. Callahan
    Scott K. Ames
    John M. Pearce
    2394 East Camelback Road, Suite 600
    Phoenix, Arizona 85016-3429

Attorneys for Defendant Kinder Morgan Energy Partners, LP

**THOMPSON HINE LLP**

By: s/ Heidi B. Friedman
    Heidi B. Friedman
    Tasha N. Miracle
    3900 Key Center
    127 Public Square
    Cleveland, Ohio 44114-1216

Attorneys for Defendant Meritor, Inc.

**RESNICK & LOUIS, PC**

By: s/ Roger W. Strassburg, Jr.
    Roger W. Strassburg, Jr.
    8111 East Indian Bend Road
    Scottsdale, Arizona 85250

Attorneys for Defendant Milum Textile Services Co.

**FENNEMORE CRAIG PC**

By: s/ Scott K. Ames
    Phillip F. Fargotstein
    Christopher L. Callahan
    Scott K. Ames
    2394 East Camelback Road, Suite 600
    Phoenix, Arizona 85016-3429

Attorneys for Defendant Nucor
Corporation

**TATRO TEKOSKY SADWICK LLP**

By: s/ Rene Tatro
    Rene Tatro
    David B. Sadwick
    Juliet A. Markowitz
    333 South Grand Avenue, Suite 4270
    Los Angeles, California 90071

Attorneys for Defendant Reynolds Metal
Company

**BOOTH LLP**

By: s/ Joshua N. Levine
    Joshua N. Levine
    Ian P. Culver
    Emily J. Atherton
    Derek T. Lawson
    1849 Sawtelle Boulevard, Suite 500
    Los Angeles, California 90025

Attorneys for Defendant Textron Inc.

**VERIS LAW GROUP PLLC**

By: s/ Michelle U. Rosenthal
    Michelle U. Rosenthal
    Gregory T. Hixson
    Denver R. Gant
    1809 7th Avenue, Suite 1400
    Seattle, Washington 98101

Attorneys for Defendant Univar USA, Inc.

**LEWIS ROCA ROTHGERBER
CHRISTIE LLP**

By: s/ Stanley B. Lutz
    Carla A. Consoli
    Stanley B. Lutz
    Marla J. Hudgens
    201 East Washington Street
    Suite 1200
    Phoenix, Arizona 85004-2595

Attorneys for Defendant Prudential Overall
Supply

**BALLARD SPAHR LLP**

By: s/ David J. Armstrong
    David J. Armstrong
    Craig C. Hoffman
    Lea A. Phillips
    One East Washington Street
    Suite 2300
    Phoenix, Arizona 85004-2555

Attorneys for Defendant Salt River Project
Agricultural Improvement and Power
District

**PEARSON LAW GROUP LLC**

By: s/ William W. Pearson
    William W. Pearson
    9375 East Shea Blvd., Suite 100
    Scottsdale, Arizona 85260

Attorneys for Defendant Union Pacific
Railroad Company

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**CERTIFICATE OF SERVICE**

☒      I hereby certify that on April 11, 2018, I electronically transmitted the attached documents to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the CM/ECF registrants.

☒      I hereby certify that on April 11, 2018, I served the attached document by first class mail on the following, who are not registered participants of the CM/ECF System:

**Walker Power Systems, Inc.**
Attn:  Jeffrey R. Conover
1301 East Jackson Street
Phoenix, Arizona  85034

*/s/Trish Aquilino*
An Employee of Bonnett Fairbourn
Friedman & Balint, PC